# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

CHARLES H. CHRISTENSEN, D.O.,

   Plaintiff,

vs.

MCLAREN MEDICAL GROUP, A
SUBSIDIARY OF MCLAREN
HEALTH CARE CORPORATION,

   Defendant.

Case No. 24-cv-12642

Hon. Thomas L. Ludington

| Teresa J. Gorman PLLC | Butzel Long P.C. |
|---|---|
| Teresa J. Gorman (P61001) | Terrence J. Miglio (P30541) |
| 5700 Crooks Road, Suite 200 | Barbara E. Buchanan (P55084) |
| Troy, MI  48098 | Attorneys for Defendant |
| Attorneys for Plaintiff | 201 W. Big Beaver, Suite 1200 |
| (248) 763-6943 | Troy, MI  48084 |
| terigorman@aol.com | (248) 258-1616 |
|  | miglio@butzel.com |
|  | buchanan@butzel.com |

## STIPULATED ORDER ADJOURNING EXPERT WITNESS DISCOVERY UNTIL AFTER COURT'S DECISION ON MOTION FOR SUMMARY JUDGMENT AND ALL REMAINING INITIAL SCHEDULING ORDER DATES BY 60 DAYS

This matter having come before the Court on the parties' stipulated motion to adjourn the initial Scheduling Order dates by 60 days, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that all remaining discovery dates in this case are adjourned by 60 days as follows:

**Original dates were as follows:**

| | |
|---|---|
| Discovery Cutoff: | June 2, 2025 |
| Settlement Conference: | June 11, 2025 |
| Dispositive Motions Filed by: | July 2, 2025 |
| Rule 26(a)(3)(B) Disclosures Filed By: | October 2, 2025 |
| Motions in Limine Filed By: | October 7, 2025 |
| Pretrial Submissions By: | November 4, 2025 |
| Final Pretrial Conference: | November 12, 2025 |
| Jury Trial Date: | December 2, 2025 |

**New dates are as follows**:

| | |
|---|---|
| Discovery Cutoff: | August 1, 2025 |
| Settlement Conference: | TBD by Court |
| Dispositive Motions Filed By: | September 1, 2025 |
| Rule 26(a)(3)(B) Disclosures Filed By: | December 1, 2025 |
| Motions in Limine Filed By: | December 8, 2025 |
| Pretrial Submissions By: | TBD by Court |
| Final Pretrial Conference: | TBD by Court |

| Jury trial: | TBD by Court |
|---|---|

**IT IS FURTHER ORDERED** that dates for Expert Witness Disclosures and Motions to challenge Expert Witnesses will be set by this Court after the Court issues its decision(s) on any Motion(s) for Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____   Signed: _____
Thomas L. Ludington
United States District Judge

Stipulated:

*/s/Teresa J. Gorman*
Teresa J. Gorman PLLC
Teresa J. Gorman (P61001)
*Attorneys for Plaintiff*
5700 Crooks Road, Suite 200
Troy, MI 48098
(248) 763-6943
terigorman@aol.com

*/s/ Charlotte Croson*
Charlotte Croson (P56589)
Croson, Taub & Michaels PLLC
*Attorneys for Plaintiff*
455 E. Eisenhower Parkway, Suite 75
Ann Arbor, MI 48108
Tel: (734) 519-0973
Fax: (734) 519-0876
ccroson@ctmlawyers.com

*/s/Terrence J Miglio*
BUTZEL LONG P.C.
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
*Attorneys for Defendants*
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
miglio@butzel.com
buchanan@butzel.com

Dated: April 21, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES CHRISTENSEN,

        Plaintiff,                               Case No. 1:24-cv-12642

v.                                           Honorable Thomas L. Ludington
                                               United States District Judge

MCLAREN MEDICAL GROUP,

        Defendant.
_____/

**ORDER GRANTING STIPULATION AND ADJOURNING SCHEDULING ORDER**

Having reviewed the Parties' attached Proposed Stipulated Order, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Scheduling Order, ECF No. 10, is **ADJOURNED** as follows:

| | |
|---|---|
| Discovery Cutoff: | August 1, 2025 |
| Settlement Conference: | August 5, 2025 at 3:00 PM EDT |
| Motions Challenging Experts Due: | August 15, 2025 |
| Dispositive Motion Cutoff: | September 2, 2025 |
| Rule 26 Disclosures Due: | December 10, 2025 |
| Motions *in Limine* Due: | December 23, 2025 |
| Pretrial Submissions Due: | January 20, 2026 |
| Final Pretrial Conference: | January 27, 2026 at 3:00 PM EST |
| Jury Trial: | February 10, 2026 at 8:30 AM EST |

Dated: April 23, 2025                                  s/Thomas L. Ludington
                                                                  THOMAS L. LUDINGTON
                                                                  United States District Judge