UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Charles H Christensen,

                      Plaintiff(s),

v.                                              Case No. 1:24−cv−12642−TLL−PTM
                                                      Hon. Thomas L. Ludington

McLaren Medical Group,

                      Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan. Please report to Room 206. The following motion(s) are scheduled for hearing:

      Motion – #18

- MOTION HEARING: November 13, 2025 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/K Winslow
                                                            Case Manager

Dated: October 30, 2025