UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H. CHRISTENSEN,

       Plaintiff,                                    Case No. 1:24-cv-12642

v.                                                Honorable Thomas L. Ludington
                                                       United States District Judge

MCLAREN MEDICAL GROUP,

       Defendant.
_____/

**ORDER GRANTING PLAINTIFF COUNSELS' MOTION TO WITHDRAW, DIRECTING PLAINTIFF TO OBTAIN NEW COUNSEL, AND GRANTING DEFENDANT'S MOTION TO ADJOURN DISPOSITIVE MOTION CUTOFF DEADLINE**

On October 7, 2024, Plaintiff sued Defendant, alleging two counts of disability discrimination, two counts of hostile environment disability harassment, two counts of retaliation, invasion of privacy, and intentional infliction of emotional distress. ECF No. 1. On October 27, 2025, Plaintiff's Counsel moved to withdraw from the case, citing an irreconcilable breakdown in the attorney-client relationship. ECF No. 16 at PageID.113. On October 30, 2025, Defendants sought to extend the November 1, 2025, dispositive motion cutoff date, considering Plaintiff's Counsels' withdrawal Motion. ECF No. 18. On November 13, 2025, the Court heard both motions and found good cause for the withdrawal of Plaintiff's Counsel; Plaintiff was directed to obtain new counsel on or before December 31, 2025, or Plaintiff will proceed *pro se*. Further, the Court scheduled an in-person status conference on **January 14, 2026, at 11:00 AM**. Finally, the Court granted Defendant's Motion to Adjourn the dispositive motion cutoff by suspending the current scheduling order, ECF No. 14, and a new scheduling order will be issued at the conference on January 14, 2026.

- 2 -

Accordingly, it is **ORDERED** that Plaintiff's Counsel's Motion to Withdraw, ECF No. 16, is **GRANTED**.

Further, it is **ORDERED** that Defendant's Motion to Adjourn Dispositive Motion Cutoff Deadline, ECF No. 18, is **GRANTED**.

Further, it is **ORDERED** that the Scheduling Order, ECF No. 10, as amended by ECF Nos. 12;14, is **SUSPENDED**. A new scheduling order will be issued at the January 14, 2026, conference.

Further, it is **ORDERED** that Plaintiff is **DIRECTED** to obtain new counsel who must file an appearance in this Court **on or before December 31, 2025**.

Further, it is **ORDERED** that if new Plaintiff's Counsel does not file an appearance on or before December 31, 2025, then Plaintiff will proceed *pro se*. If Plaintiff proceeds *pro se*, he is responsible for knowing, understanding, and practicing the Federal Rules of Civil Procedure, Rules of Evidence, and Local Rules for the Eastern District of Michigan. Failure to observe the referenced rules may result in sanctions, e.g., financial sanctions up to dismissal of this case.

**This is not a final order and does not close this case.**

Dated: November 19, 2025                     s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge