UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H CHRISTENSEN,

        Plaintiff,                         Case No. 1:24-cv-12642

v.                                             Honorable Thomas L. Ludington
                                                 United States District Judge

MCLAREN MEDICAL GROUP,

        Defendant.
_____/

## ORDER EXTENDING DATES AND DEADLINES

The Court conducted a status conference on January 14, 2026, and issued the following dates and deadlines:

It is **ORDERED** that the Scheduling Order, ECF No. 10, as amended by ECF Nos. 12; 14, are **ADJOURNED** as follows:

| | |
|---|---|
| Defendant's Dispositive Motions Due: | March 2, 2026 |
| Plaintiff's Response Due: | March 25, 2026 |
| Defendant's Reply Due: | April 9, 2026 |
| In-Person Settlement Conference: | April 22, 2025, at 3:00 PM |
| Motions Challenging Experts Due: | April 29, 2026 |
| Rule 26(a)(3)(B) Disclosures Due: | July 28, 2026 |
| Motions *in limine* Due: | August 5, 2026 |
| Pretrial Submissions Due: | September 2, 2026 |
| In-Person Final Pretrial Conference: | September 9, 2026, at 2:00 PM |
| Jury Trial: | September 29, 2026, at 8:30 AM EDT |

**This is not a final order and does not close this case.**

Dated: January 29, 2026                                         s/Thomas L. Ludington
                                                               THOMAS L. LUDINGTON
                                                               United States District Judge