Charles H. Christensen, D.O. v McLaren Medical Group

Defendant's Motion for Summary Judgment

Index of Exhibits

1. Huron Memorial Physician Agreement 2015

2. McLaren Physician Agreement 2021

3. Deposition transcript excerpts of Charles Christensen, Vol. I, dated July 10, 2025, and Vol. II, dated July 22, 2025

4. 1/1/24 Proposed Contract

5. Email, dated 9/6/22-9/7/22

6. Accommodation Policy

7. Accommodation Request Form

8. Email, dated 1/9/23-1/10/23

9. Report of Psychological Examination

10. Deposition transcript excerpts of Bradley Ropp, M.D., dated July 30, 2025

11. Email, dated 3/2/23

12. Email, dated 11/14/22

13. Investigation Notes

14. Email, dated 12/13/22

15. Email, dated 12/16/22

16. Prepared Statement for Physician Discussion

17. Email, 5/18/23-6/12/23

18. Email 8/2/23-9/5/23 with attachments

19. Deposition transcript excerpts of Sheila Windy, dated July 11, 2025

20. Deposition transcript excerpts of Kenneth Rates, dated July 11, 2025

21. Photographs

22. Photographs with Suspicious Device

23. Deposition transcript excerpts of Carla Henry, dated July 30, 2025

24. Incident Report

25. Henry Notes of 9/3 Meeting

26. Workplace Threats and Violence Policy

27. Letter of termination, dated September 18, 2024

28. MMG Corrective Action Program

29. Yulia's Facebook post

30. Unpublished Cases:

    - *Sanford v. Quicken Loans*, 2015 US. Dist. Lexis 19068 (E.D. Mich. Feb. 18, 2025)