Exhibit 5

| From: | Rates, Kenneth </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C37F381B07D643CFAA2062FD82D348EE-RATES, KENN> |
| --- | --- |
| Sent time: | 09/07/2022 07:36:54 PM |
| To: | Charlie Christensen </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=612fd852766b482981611e90b021aa8d-Charlie Chr> |
| Subject: | RE: Chart Closures |
| Attachments: | image001.png |

Hi Dr. Christensen,

Kenneth or Ken is fine.

I was there on the 25th and I did stay behind to chat with Tara for some time afterwards. I suppose I suspected the meeting to be a little more private. I believe Tara was with you today so hopefully were able to make some progress. I do know staffing is tight in the thumb, however I will review current staffing levels and see what we can do to obtain a scribe. I'll circle back shortly.

Ken

**From:** Charlie Christensen <Charlie.Christensen@mclaren.org>
**Sent:** Tuesday, September 6, 2022 6:07 PM
**To:** Rates, Kenneth <Kenneth.Rates@mclaren.org>
**Subject:** Re: Chart Closures

Hello, Kenneth (I hope this okay version of your name)

I pretty sure we talked and discussed everything. You were there, in our lunch room with all the staff and Tara and Jeff? August 25th in the morning?  You spent time talking afterwards like 60-90mins. I stopped by to get tea, plenty of time to talk up what was on your mind.  I thought we had an understanding with what was needed to fix charting, take care of patients, needs with the coming school season ...

Today Kenneth what I discussed on the 25th in front of everyone went on for what? For the 25th we had 4 people but today we had 3.  We have no scribe or plan for a scribe?  Please share your plans to address what was discussed on the 25th.  I was straight forward with you.

I talked to Tara this morning in person, in her office.  She said she was to come over to finally fix the problems with the charts ..... It is 550pm I have not seen or heard anything.  She has a ton of charts to scribe up but needs my input and both of us need to go through them and correct them. She said she going to be here.  I do not know why because they are getting very old in memory.

Their might be 130 charts to be signed but 3 weeks leading up to my scribe leaving and currently still no one fro admin has asked what I needed nor so far are working towards fixing the problem of a scribe/vaccine ... person leaves with 3+ weeks notice in filling the void. <mark>I tried "scribe america" respectfully for 2 weeks but with my dyslexia this dose not work.</mark> ( Yes I have Dyslexia, a learning disability since I born.  So scribe is inscribed in my contract and most likely more than this.) No one is around to scribe when I come out of a room because they are busy.  I have no way to interact with what is being written in the notes or correct what is in them.  Visits are getting super old and delays with transcription.... many other problems.   It is not working.

If you want to stop by or call then please! call or stop by to discuss. I thought we did.  But please look back and please lets fix what was discussed on the 25th. I am being matter of fact and direct and honest with you.  Please reassess because I need help, I have asked for help, gave justification for help, have received assurances towards help.... no concrete plan or interactions towards help and accommodations.  Please call up the office and make an appointment or leave a message or just get me a scribe and ask Tara to come by and we can fix charts untill we have a scribe. Thank you Dr Charlie Christensen

**From:** Rates, Kenneth <Kenneth.Rates@mclaren.org>
**Sent:** Tuesday, September 6, 2022 3:32 PM
**To:** Charlie Christensen <Charlie.Christensen@mclaren.org>
**Cc:** Frye, Sarah <Sarah.Frye@mclaren.org>
**Subject:** Chart Closures

Dr. Christensen,

When I was in your clinic last we weren't able to connect in a 1:1 manner to discuss your concerns, some of which I presume are around chart closures. I wanted to follow up to discuss your concerns and see what support is needed from us to that we can get your charts closed. My understanding is that there are some 130 that need signing off on. Please let me know if you like

MCL 0994

to arrange a meeting to discuss this, or I am happy to stop by when I am there next to meet with you.

Kenneth Rates, MHSA, MBA
Director of Operations – Primary Care - Bay, Thumb & Caro Markets
McLaren Medical Group
Office: (989) 894-3809
Mobile: (734) 777-0441

Logo MMG Lockup DWB Landscape

McLaren confidentiality statement: "The information contained in this communication, including attachments, is confidential, may be privileged, and is intended only for the use of the named recipient(s). Unauthorized use, disclosure, forwarding or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me IMMEDIATELY at the phone number or pager listed above."

MCL 0995