Exhibit 6

| **McLaren** HEALTH CARE | **Policy Title:** | Reasonable Accommodation |
|---|---|---|
| **Effective Date:** 4/14/14 | **Policy Number:** | HR 0164 |
| **Review Date:** | **Section:** | Human Resources |
| **Revised Date:** | **Oversight Level:** | Corporate |
| **Administrative Responsibility:** | MHCC Vice President Human Resources | |

## 1. Purpose

To establish a process for providing reasonable accommodations for qualified individuals with disabilities.

## 2. Scope

McLaren Health Care and its subsidiaries (MHCC).

## 3. Policy

McLaren is committed to equal employment opportunities for qualified individuals with disabilities in compliance with applicable federal and state laws.  McLaren will provide reasonable accommodations to qualified individuals with disabilities, unless doing so would cause an undue hardship or significant safety risk.

## 4. Procedure

**4.1. Requests for Accommodation.**  To ensure that a request for accommodation is promptly addressed, an employee seeking a job accommodation is expected to contact their subsidiary human resources department at the earliest possible date after learning of the need for accommodation.  An employee may also notify a manager in the employee's chain of command.  Any supervisor or manager who receives an accommodation request from an employee due to a medical condition is expected to immediately forward the request to human resources.   In Michigan employees must provide notice of the need for accommodation within 182 days of learning that an accommodation is necessary.

Requests for accommodation may be verbal or in writing, and may be submitted by an applicant, employee, or a third party on the employee or applicant's behalf. Requests for accommodation do not have to use specific words such as "reasonable accommodation."  However, to best ensure a prompt response, the request should clearly communicate that an accommodation, job adjustment or modification is needed due to a medical condition.  An employee with a recurring need for an accommodation, however, does not have to submit a request each time the accommodation is needed.

**4.2. The Process.**  After receiving a request for an accommodation, Human Resources will notify the employee or applicant in writing (by letter or email) that the request has been received.  Reasonable accommodations are identified through a dialogue or discussion between the employee and Human Resources.  To make the

MCL002109

dialogue effective, employees must fully cooperate in this process.  An employee
may be asked to provide additional information, including a medical certification, to
confirm the existence of a disability and the functional limitations due to the disability.
An employee may also be asked to provide more information about the type of
accommodation the employee is seeking.  Requests for medical information will be
limited to information needed to evaluate the employee's eligibility for an
accommodation and the requested modification. The McLaren *Accommodation
Request Form* will generally be used for this purpose.

Managers may be asked to evaluate the feasibility and effectiveness of available
options.  Depending on the circumstances, examples of possible accommodations
could include making facilities readily accessible and usable, job restructuring, part-
time or modified work schedules, reassignment to a vacant position, acquisition or
modification of equipment or devices, and adjustment or modification of policies.
Generally, it is not a reasonable accommodation to remove or waive essential job
functions or rescind disciplinary action, even if the disciplinary infraction was caused
by a disability.

**4.3. Confidentiality.**  Accommodation requests and documents related to the
accommodation process will be kept confidential and shared only on a need-to-know
basis consistent with the need to determine and implement any reasonable job
modifications.  Any medical information about the employee, and all documentation
related to a request for accommodation, will be confidential and maintained in
separate, secure files.  Managers are not responsible for obtaining medical
information about employees.

**4.4. Notifying the Employee of a Decision.**  Requests for job accommodations will be
processed as expeditiously as possible.  Absent extenuating circumstances, requests
will be addressed within thirty (30) calendar days, or, if medical information is not
necessary, within ten (10) business days.  Extenuating circumstances may include,
for example, inability to obtain medical documentation despite good faith efforts and
business emergencies. Decisions to allow or deny an accommodation will be made
by Human Resources. The employee will be notified in writing whether a reasonable
accommodation is available and the nature of the accommodation that will be
provided.  If a request is denied, Human Resources will discuss possible reasonable
alternatives with the employee.

**4.5. Discrimination is Prohibited.**  McLaren will not discriminate against qualified
persons with disabilities relative to the application process, hiring, advancement,
discharge, compensation, job training or other terms, conditions and privileges of
employment or because they have requested a reasonable accommodation or
because they are associated with an individual with a disability.  If you believe you
have been discriminated or retaliated against because of an actual or perceived
disability (or a record of a disability) you are expected to immediately notify Human
Resources.  All complaints will be promptly investigated in a confidential way and

MCL002110

Reasonable Accommodation                                          McLaren Health Care
HR 0164

information will be shared on a strict need to know basis.  Employees are expected to cooperate in any investigation. McLaren prohibits retaliation against anyone who complains in good faith about a violation of this policy or otherwise participates in any investigation.

## 5. References
5.1. McLaren Accommodation Request Form
5.2. MHCC HR 0121 Equal Employment Opportunity Policy
5.3. MHCC HR 0310 Harassment and Discrimination Policy
5.4. Americans with Disabilities Act, as amended
5.5. Michigan Persons with Disabilities Civil Rights Act

## 6. Exception Provision
If any provision of this policy conflicts with an express provision(s) of an applicable collective bargaining agreement, the latter shall supersede this policy to the extent necessary to comply with contractual obligations.

**Previous Revisions:**  Not Applicable
**Supersedes Policy:**  Not Applicable

**Approvals:**

**Human Resources Council:** 2/6/14

_____                    March 4, 2014

_____                    _____
**William Peterson**                                          **Date**
**Vice President Human Resources**

MCL002111