# Exhibit 7



## McLaren
### HEALTH CARE

# PART I: REQUEST FOR ACCOMMODATION
## To be completed by Employee

*Please read the McLaren Reasonable Accommodation Policy attached to this form. McLaren is fully committed to equal employment opportunities for qualified individuals with a disability. In order to engage in a dialogue with you, we need more information. Failure to timely provide completed information may result in a denial of your request.*

| Name - Last | First | Middle | Job Title |
|---|---|---|---|
| Christensen | Charles | H. | Doctor |

**Subsidiary and Department/Unit:** MTR

**Phone:** 989-269-7775

**Date of Request:** 1/9/2023

**1. Please describe your condition(s) and how your condition(s) affects your ability to perform your job duties (please use additional paper if necessary).**

Learning Disability (Dyslexia)

**2. Is your condition temporary? What is the expected duration of your impairment?**

No, not Temporary

**3. Please describe in detail the accommodation (or need) that you are requesting and how the requested accommodation will enable you to perform your job duties (please use additional paper if necessary).**

As per my Camner, It would be Extremely helpful in our parenr Environmenr to have A Scribe. A Person MCC0488 Scribe in the office As I Did Before Nov 2022.

**4. Would any alternative accommodations be effective? If so, please identify and describe any alternatives (please use additional paper if necessary).**

No Because Smith Amica is not Working. I need a Person Through-out the Day + Someone here to Connect Ministries in Saniby. This was Made Abundantly Clear in Contract Negociations in 2021 + why it was in my Contract Signed 7/22/2021

*I have read the McLaren Reasonable Accommodation Policy. I confirm that the above information and any other information I provide as part of the reasonable accommodation process is accurate and complete.*

*I authorize my physician/health care provider who has signed any report relating to my request for an accommodation to release to my employer (McLaren) medical information concerning the disability/medical condition prompting my request, and to provide opinions for the purpose of determining my ability to perform job-related functions, with or without reasonable accommodation. I further authorize McLaren to seek clarification or authentication of such documentation, if necessary, by contacting my health care provider.*

_____    1/9/2
Employee Signature            Date of Request

*Please return this form to your subsidiary Human Resources Department. If requested, please also complete and return the Attached Documentation of a Disability Form to Human Resources.*

MCL0489

# PART II–DOCUMENTATION OF A DISABILITY

## TO BE COMPLETED BY EMPLOYEE'S HEALTHCARE PROVIDER OR PHYSICIAN

**Physician Name and Practice Name**

*This is A Life long disability Document*

**Full Address**

*with Assessments that happen when I was in*

**Phone**     *K - 1st Grade*     **Fax**

Your patient __{NAME}__ is an employee of McLaren and has made a request for an accommodation. His/her job description is attached. Please provide the requested information only – do not send medical records as we only need information that pertains to whether or not the employee is capable of performing the essential functions of his/her job, either with or without an accommodation. Federal law (GINA) prohibits employers from requesting or requiring genetic information of employees or their family members. When responding to this request for information, <u>do not provide any genetic information</u>, including, but not limited to, the identity or results of any employee's or family member's genetic tests.

1. **Please identify and describe the employee's physical or mental impairment (please use additional paper if necessary).**

    *Long Disability*

2. **Is this impairment:** ☐ Temporary    ☑ Long-Term
   If temporary, how long is the condition expected to last?

   Date of Onset:  *Birth.*

3. **Please describe the effects or limitations this condition has on the employee's major life activities, if any.**

   *Writing + Spelling*

MCL0490

4. Please describe whether medication and/or corrective measures have been prescribed or recommended that may reduce or eliminate any of the above limitations.

NA

5. In reviewing the employee's job duties on the attached job description, can the employee perform the essential functions of his/her job duties?

☐ Yes     ☐ No    NA.

6. If your answer is "no," please describe the job functions that cannot be performed by the employee (please use additional paper if necessary).

NA

7. If you conclude that the employee is not currently able to work, please provide your medical opinion as to the duration of his or her leave of absence. If the leave of absence is of indefinite duration, please so state.

NA

8. How confident are you that the employee will be able to return to work on the date you have provided above?

NA.

MCL0491

9. For any of the employee's job functions which require accommodation, please indicate possible accommodations and the duration of the each accommodation (please use additional paper if necessary).

Possible Accommodation: Scribe, As per my contract o

Duration of Accommodation: ∞

Possible Accommodation:

Duration of Accommodation:

10. Does employee's condition pose a direct threat to the health and safety of employees at work? (Note: to be a "direct threat," there must be a specific and significant risk of substantial harm).

☐ Yes    ☒ No

11. If your answer was "yes," please describe the direct threat and identify any accommodations that may reduce the specific risk of substantial harm.

✱ I have Extensive File that documents my LD IF you Like you Can @ Any Time Review it But I Have Accomodations c̄ ABP, Residency + in Medical School + College So very Consistent!

HEALTH CARE PROVIDER SIGNATURE

[signature]    MCL 04/9/2023

# COMPACT
## Dr. Charles Christensen and McLaren HealthCare
### August 1, 2021

1. Dr. Christensen requests the support for documentation through a scribe for his out-patient clinic to ensure thorough and timely documentation.

   - McLaren commits to having scribe support for operations, though acknowledges there are times for vacations and instances of vacancies for which there may not be a scribe available. — *But will make up Backlogged Dictations/scribes when they come Back From Vaccine.*

*[signature]  7/22/2021*