# Exhibit 8

To: Voltenburg, Kimberly <Kimberly.Voltenburg@mclaren.org>
Subject: Re: Contractual provision for Scribe was included

==My doctor was Dr Babiker but he is gone==. This disability is documented in large file from start of my childhood to accommodations for ABP testing. You are welcome to review it with me and you can make your conclusions. When we were HMC this was not a problem because Neurophycometric testing is the standard for diagnostic testing that would be Speach and Language pathologists and or Behavioral Pediatricians fields not a medical doctor.

Hence you can feel free to confirm the diagnosis with looking at my file, past accommodations, and current accommodations .... and my contractual stipulations. This is a discrete matter that has been "outed" in a traumatic event here 6 weeks ago in the office so I really need discretion ... hence why the use of contractual stipulation that was negotiated in good faith in 2020-21 so this would not be labored and easy.

Thank you so much
Charlie C

From: Voltenburg, Kimberly <Kimberly.Voltenburg@mclaren.org>
Sent: Tuesday, January 10, 2023 8:00 AM
To: Charlie Christensen <Charlie.Christensen@mclaren.org>
Subject: RE: Contractual provision for Scribe was included

Hi Dr. Christensen,

Thank you for faxing your reasonable accommodation form to me. I received it this morning. I have reviewed and see the form has only been completed by yourself. ==Section 2 of the form must be completed by your healthcare provider==. Once section 2 is completed by your healthcare provider, please return to myself via email or fax.

Thank you,

Kim Voltenburg
Sr. Human Resources Consultant
McLaren Medical Group
G-3235 Beecher Rd., Suite C
Flint, MI 48532
Office (810) 342-1085
Fax (810) 342-1070

From: Charlie Christensen <Charlie.Christensen@mclaren.org>
Sent: Monday, January 9, 2023 12:33 PM
To: Voltenburg, Kimberly <Kimberly.Voltenburg@mclaren.org>
Subject: Re: Contractual provision for Scribe was included

Faxing to you. Thank you so much CC

From: Voltenburg, Kimberly <Kimberly.Voltenburg@mclaren.org>
Sent: Monday, January 9, 2023 10:39 AM
To: Charlie Christensen <Charlie.Christensen@mclaren.org>
Subject: RE: Contractual provision for Scribe was included

Hi Dr. Christensen,

As a follow up, we will still need to follow the normal process for accommodations. I have attached the McLaren Reasonable Accommodation Form and Policy. Please complete section 1, and your healthcare provider will need to complete section 2. Once completed, please return to myself via email at Kimberly.voltenburg@mclaren.org or fax at (810) 342-1070. Please let me know if you would like the form mailed to your home address as well.

Thank you,

Kim Voltenburg
Sr. Human Resources Consultant
McLaren Medical Group
G-3235 Beecher Rd., Suite C
Flint, MI 48532
Office (810) 342-1085
Fax (810) 342-1070

---

From: Charlie Christensen <Charlie.Christensen@mclaren.org>
Sent: Monday, January 9, 2023 9:14 AM
To: Voltenburg, Kimberly <Kimberly.Voltenburg@mclaren.org>
Subject: Contractual provision for Scribe was included

Hello Kimberly

Since August 2022 (with my scribe leaving for a new job and her position not being filled) I was told that a Scribe provision was not in my contract, but I swore it was in my contract because Sara Fry and Jeff were directly negotiated this provision multiple times in 2020-2021. These differences has caused much stress and abuse on myself.

I was given my final contract to sign on the date indicated as a whole. The page with "Compact..." was signed with all the rest of the contract as a whole and given to Amber one of local managers at the end of the day of signature. After this took several weeks to be signed by admin but if it lacks the "Compact..." page it is extremely distressing.

If the "Compact.." page was not included into the whole of the contract then this leads to multiple problems that all as a whole need to be addressed, asap.

Thank you so much

Charles Christensen
McLaren confidentiality statement: "The information contained in this communication, including attachments, is confidential, may be privileged, and is intended only for the use of the named recipient(s). Unauthorized use, disclosure, forwarding or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me IMMEDIATELY at the phone number or pager listed above."

MCL0495