Exhibit 9

SPECIAL SERVICES
# Elkhart Community Schools
2720 CALIFORNIA ROAD
Elkhart, Indiana 46514

**CONFIDENTIAL**       FOR TEACHER USE. PLACE IN CUMULATIVE RECORD

## REPORT OF PSYCHOLOGICAL EXAMINATION

**NAME:** Charles Christensen           **SCHOOL:** Pinewood

**ADDRESS:** 2329 Kenilworth            **GRADE:** 1      **SEX:** Male

**BIRTH:** ▮▮/69                         **VALIDATED BY:** Richard Wich

**PARENT:** Mr. and Mrs. Richard Christensen       **DATE OF EXAM:** 12/6/76

**REFERRAL:** Due to academic problems.

**TEST RESULTS:**

WECHSLER INTELLIGENCE SCALE FOR CHILDREN          WIDE RANGE ACHIEVEMENT TEST

| | | | |
|---|---|---|---|
| Information | 9 | Picture Completion | 12 |
| Comprehension | 13 | Picture Arrangement | 12 |
| Arithmetic | 10 | Block Design | 12 |
| Similarities | 18 | Object Assembly | 12 |
| Vocabulary | 15 | Coding | 9 |
| (Digit Span) | (6) | (Mazes) | |

Reading 1.2   Arithmetic 1.6

Verbal Scale I.Q.        119        BENDER-GESTALT         HUMAN FIGURE DRAWING
Performance Scale I.Q.   110
Full Scale I.Q.          116        Note Report            Note Report

**ANALYSIS:**
The subject is a tall, slender lad who appears to be somewhat taller than most of his age peers. He entered into the test situation in a very suspicious and defensive manner, making it quite difficult to establish any positive rapport with him. He was initially resistive in coming to the office with the examiner, wanting to know why he had to go and what was going to happen to him. Even when it was explained, it was still apparent that the student felt very uncomfortable about taking the test. He exhibited a very high degree of anxiety and uncertainty throughout the test situation, manifesting his discomfort in the grinding of his

teeth and sucking his thumb and finger. It would seem that he presents a picture of defensiveness against the feelings of nervousness and lack of certainty. It was apparent that Charles becomes easily frustrated and when this occurs he tends to become angry with himself and with the task. At no time did the student ever totally relax and enter into the situation in a motivated fashion. He frequently asked if he could return to the classroom and this became particularly true when faced with anything that was difficult for him. Charles evidences some articulation errors, although these never interfered with communication. He also displayed rather clumsy fine motor movements and had difficulty with almost all fine visual-motor tasks. At times it was apparent that listening skills were not well developed, nor was his ability to maintain attention and concentration over any period of time, especially where auditory stimuli was offered.

According to the Wechsler Intelligence Scale for Children, Charles is capable of functioning within the bright normal range of mmental ability. He does evidence some discrepancy between skills in handling verbal material and in handling visual-motor manipulative tasks. On the former he scores as a high bright normal to superior child, while on the latter he scores only within the lower end of the bright normal range. Throughout the test there was a large degree of scatter, with the student showing a marked deficit in his ability to handle any kind of sequencing task, particularly where auditory stimuli was involved. In addition, he has a very poor auditory memory, as well as difficulty in retaining visual stimuli. The result seems to have been to lower his scores in those areas most school related, ie., informational knowledge and arithmetic. However, even then he was able to function at least on a low average level. On the other hand, the student shows extremely good skill in most verbal reasoning tasks, as well as in his ability to form abstractions, to make generalizations, to comprehand his general world, and to utilize vocabulary knowledge. In addition, the student seems able to function fairly adequately where he must handle three dimensional visual-motor material. On all items within the performance test, with the exception of visual-motor skills and visual memory, Charles was able to function at a bright normal level. However, it was apparent from his activities on many of the test items that the student required some kind of tactile or kinesthetic cue in addition to the visual one.

In spite of very good intellectual ability, the student evidences a continued struggle in the academic areas. According to the Wide Range Achievement Test, Charles is presently functioning at a beginning first grade level in reading and at a middle first grade level in arithmetic. In the reading area Charles is essentially a nonreader. He had no sight word vocabulary and could not sound out any new terms. In addition, he had trouble recognizing some of the letters of the alphabet. In math there was a great deal of confusion, although the student was able, with some help through concrete methods (using his fingers and by adding the tactile sense, such as touching his nose or chin), to solve simple one digit addition and subtraction problems. However, he was able to read only one digit numbers and is still confused in the concept of quantity.

On the drawing tasks the student's approach is one of immaturity and general primitiveness. He evidences some difficulties in any activity which involves two dimensional material and where fine visual-motor coordination is necessary. The Bender-Gestalt Test shows marked disorganization, as well as distortions and rotations. On the human figure drawing he executes a very primitive figure, evidencing

an immature concept of body image and generally immature perception of others. It would appear from the evidence on intelligence and achievement tests, as well as the drawing activities, that Charles has difficulty in those perceptual areas most likely found in learning disabled children. In addition, the frustration and lack of confidence have taken their toll in the emotional areas, where the student also is experiencing problems at the present time. He is a lad who finds it very difficult to relate to others on a positive basis because of his own inner-sense of failure and frustration. People are seen with very little positive identification or empathy and are primarily nothing more than boxes and segmented lines with no real form to them. He himself feels rather dependent, insecure, and helpless to cope with the problems that he faces. At the same time, accompanying the frustration seems to be rather marked angry feelings which the student may release both against himself and the outside world through various activities, such as defensiveness, resistiveness, or negativism. His general problem solving approach is one of confusion and disorganization, as he finds it difficult to utilize any kind of a logical process in meeting most of the problems that he faces. Some degree of expansiveness is present, which may suggest that at times the student may respond with his angry feelings in a more overt fashion than mentioned previously.

Recommendations:

1. It is recommended that the student be placed in a Learning Disabilities class or program whenever space is available. A case conference should be held prior to any such placement.

2. In view of the lack of available space at this time, it would be well if his parents were to consider taking Charles to an outside Learning Disabilities tutor for the help that he needs.

3. Because of the effect that his difficulties are having on him emotionally, it would be well also if his parents were to consider some form of outside counseling, either through Oaklawn Psychiatric Center, Samaritan Health and Living Center, or Family Counseling.

4. Since the speech and hearing clinician is presently working with Charles, it would be helpful to the examiner if she were to also administer some auditory perceptual testing to determine if this also is a factor in his present difficulties.

5. Activities in the classroom should involve some form of visual-motor activities, such as the use of the Frostig or Continental Press materials.

6. Auditory memory is difficult and it might be helpful for the student to receive instructions in a repetitive manner and he should be asked to respond to the teacher with knowledge that he actually understands what is expected of him.

7. Activities such as having Charles repeat numbers, words, letters, etc., would also help train his auditory sequential memory.

8. A parent conference should be held to discuss test results and recommendations.

*Richard Wich*
Richard Wich
Psychometrist

RW:cs

GOAL: That Charles learn techniques for succeeding in the educational process. Specifically, this would include the following:

1. Getting the assignment;
   - Recording the assignment so it can be understood
   - Understanding all the requirements for the assignment, e.g. the format to be used & materials required

2. Find appropriate ways to ask for more help
   - Without disturbing the class
   - Finding alternative helpers to the teacher, another student or another professional

3. How to be assertive without alienating other students, and/or teachers.

4. How to keep his school work organized.

5. Learn to accept the idea that to get an assignment done earlier is better than putting it off until the last minute.
   - Plan time ahead

6. Expectations/acceptance