# Exhibit 11

| | |
|---|---|
| From: | Whiting, Jeffrey <Jeffrey.Whiting@McLaren.org> |
| Sent time: | 03/02/2023 04:16:00 PM |
| To: | Frye, Sarah </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a50a92b996d43b98ecb31663a0cd841-Frye, Sarah>; Rates, Kenneth </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c37f381b07d643cfaa2062fd82d348ee-Rates, Kenn> |
| Cc: | Tara Smalley </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67a978daf35e48ddbbf7fd15ce4daa5c-Tara Smalle> |
| Subject: | re: Dr. Christensen |

Hi Sarah,

Ken and I spoke about this today while he was here.

Dr. Christensen is not showing up on time. His schedule is 8-6 every day and staff are scheduling patients accordingly. He has always been notoriously late, but it's impacting the patients. We had three patients walk out Wednesday morning because he didn't show up until after 9am. I spoke with him Wednesday afternoon and let him know staff are scheduling patients at 8am. I informed him there was a patient Thursday morning at 8am. Tara also spoke with him on Wednesday and had relayed the same information. The new staff have talked with both Tara and I about his tardiness, along with him leaving and not informing them. Monday, it was a whiteout in the Thumb. He left the office at 1:15pm without letting the staff know. I was contacted around 1:45pm. I did get in touch with him and he said he was across the street but he couldn't see and was waiting in the parking lot at the flooring store. The parking lot where he was probably was only about 100 yards from the hospital entrance. Though the weather conditions were not good I'm sure he could have made it back especially since he left when it was already bad outside.

Today, I texted Tara and asked when he came in and it was around 9am. She text him at 8:15am to let him know a patient was waiting but she received no response. She sent a second text at 8:30am and now two patients were waiting. His response is that he was rounding and would be there when he can. We found out there were two babies in the hospital. The concern we have is that he will always use rounding as the reason for being late. I'm not sure what time he shows up to do his round, but since he doesn't show up to the clinic at 8am I'm sure it's closer to this time. When I spoke with Tara she noticed his car was not parked where it normally is so figured he probably didn't get there until 8 or after. A staff member filling in at Peds came by my office and I asked how it was going with the doctor. She said he made a comment this afternoon they were running late with his patients. The other MA said we started late today. This was in reference to when he came to the clinic. Earlier that morning when he arrived at the clinic he wondered why patients were not in the rooms. Tara explained staff are not allowed to room any patient until the provider is in the building. This is the reason why he got behind. All of us understand he wants to get back to the hospital in the afternoon, but the new staff are trying to do their jobs and put patients on the schedule. Most providers that round in the hospital usually get there early so they can get back to their clinic. There will be times when the provider will run late, but I believe his issue is because he doesn't come early to do his rounding.

One of my concerns is the staff feeling like they have to continue to apologize to patients and they become frustrated and quit. Tara did mention there have been a few medical records request recently. I will say the conversations Tara or I have had with him they have not been confrontational unlike the past. The prior situations lend me to believe it's important that leadership be involved and aware of the present state.

Thanks,

*Jeff Whiting*
**Operations Manager II**
McLaren Thumb Region
1054 S. Van Dyke Rd.
Bad Axe, Michigan 48413

jeffrey.whiting@mclaren.org

Office:  989-269-8933 ext 4123
Cell:    810-300-7809
Fax:     989-269-1562

McLaren confidentiality statement: "The information contained in this communication, including attachments, is confidential, may be privileged, and is intended only for the use of the named recipient(s). Unauthorized use, disclosure, forwarding or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me IMMEDIATELY at the phone number or pager listed above."

MCL 0975