# Exhibit 12

G-3235 Beecher Rd., Suite C
Flint, MI 48532
Office (810) 342-1546
Fax (810) 342-1070


**McLaren** | DOING WHAT'S BEST
MEDICAL GROUP

**From:** Rates, Kenneth <Kenneth.Rates@mclaren.org>
**Sent:** Monday, November 14, 2022 8:35 PM
**To:** Nichols, Michele <Michele.Nichols@mclaren.org>; Bryant, Sherri <Sherri.Bryant@Mclaren.org>
**Subject:** Dr. Christensen Issue

Good Evening Michele and Sherri,

I wanted to reach out to apprise you of a situation that occurred at the office of Dr. Christensen last Tuesday. There was a team staff meeting that took place and things got a little heated and Dr. Christensen began raising his voice to a level that some described as yelling. He was raising his voice, pointing fingers, and was described as being a bully and being uncompromising and unreasonable. A risk file was submitted the same day and I was notified by the manager.

So far I have met with the manager and the supervisor and have documented my findings in risk file 394561. I plan to meet with the staff that were present this coming Thursday morning. My intentions were to document my findings and then discuss with Dr. Christensen. If you feel otherwise or if you feel HR should be present in my upcoming meetings with staff please let me know.

Kenneth Rates, MHSA, MBA
Director of Operations – Primary Care - Bay, Thumb & Caro Markets
McLaren Medical Group
Office: (989) 894-3809
Mobile: (734) 777-0441


**McLaren** | DOING WHAT'S BEST
MEDICAL GROUP

McLaren confidentiality statement: "The information contained in this communication, including attachments, is confidential, may be privileged, and is intended only for the use of the named recipient(s). Unauthorized use, disclosure, forwarding or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me IMMEDIATELY at the phone number or pager listed above."

MCL 0151