Exhibit 13

Meeting with Dr. Christensen Staff – 11.17.22

**Deziree Mazure (Medical Assistant)**

- Left staff meeting early due to being mad. Stated the meeting was a staff meeting to discuss communication and better clinic flow.
- Reported that Dr. Christensen had an attitude in the meeting of "this is what you're going to do to make me happy".
- Deziree reported that his behavior was very agitated, that he was getting louder and not letting anyone speak, and that he wasn't listening to staff and not hearing their concerns.
- Deziree reported that he typically gets to a point where he shuts down and begins yelling. Deziree reported that she has worked with Dr. Christensen for three years, however the past three months have been the worst.
- Deziree reports that Dr. Christensen refused to talk to the other staff members and will only talk to her. This is impacting patient care because if she is not available right as he walks out of an exam room, he won't leave a note for her or tell the other staff. He simply goes into his office, and nothing happens until a patient calls to complain.
- Reported that Dr. Christensen refused to send in prescriptions or orders and forces the staff to do it.
- Deziree describes an instance where a McLaren Thumb Hospital employee, who is a patent, was waiting on a referral for her son's enlarged heart. When she saw Dr. Christensen in the hospital she asked. Dr. Christensen then said that he doesn't know why the staff are not going their job. Deziree reported that his notes are not complete and when she said something to him, he laughed at her and said get it done.
- Deziree stated that multiple patients have shared with her that they heard he treats them poorly.

**Chelsea Bischer (Medical Assistant)**

- She is new to the pediatric office having only been there about a month however has been with McLaren for almost ten years.
- Stated they were having a meeting to discuss scheduling and communication.
- Described Dr. Christensen's behavior as super angry and it was like talking in circles with him. She said the meeting was very tense and turned into a yelling match.
- She stated that Dr. Christensen will only speak to Desiree and not to anyone else. She provided an example of how this is impacting patient care. A patient was seen by Dr. Christensen who needed amoxicillin called in. Dr. Christensen

informed the patient in the exam room however when he came out of the exam room, Desiree was not present when he left the exam room so he proceed to go into his office and not tell anyone else. It wasn't until the patient called back to inquire on their medicine did they realize this.

- Chelsea stated she feels Dr. Christensen doesn't like her. She states she has never seen anything like this before at other offices.

### Stacie Dorsch (Medical Assistant)

- Meeting was to discuss issues within clinic, specifically scheduling and communication.
- Stacie stated that Dr. Christensen began yelling and that it became uncomfortable. She stated that this is an ongoing issue and not unique to this incident.
- Stacie stated that he does this every once in a while. Described an incident where he won't talk to staff. Stacie provided an example where he will leave the exam room and not tell anyone he is finished of that the patient is ready for their shots. One patient actually left the appointment stating they cannot wait any longer for their influenza vaccine. Stacie stated that no one knew they were ready for this shot because Dr. Christensen won't talk to them.
- Stacie described Dr. Christensen's behavior as argumentative and that of thinking he is always right.
- Stacie has been with the pediatric office for four years. She states that morale is down, it's bad right now, and that it is tough coming to work because she never knows how Dr. Christensen is going to behave.

### Tammie Jurgess (Nurse Practitioner)

- Tammie stated the meeting was to discuss issues within clinic. She stated Dr. Christensen doesn't like the dictation system provided to him and that he is wanting a fourth employee for his office. She stated that staff have tried different things that work for her, such as a paper discharge slip, but Dr. Christensen refused to use it. The meeting was to address things of this nature.
- Tammie stated that Dr. Christensen was referencing the disability act and that leadership was aware.
- Tammie stated that Dr. Christensen began getting angry during the meeting, describing his behavior as somewhat aggressive. She stated that he began yelling and took a couple steps toward Tara (supervisor). At this point Jeff (manager) stepped in between them. Tammie stated that the only way Jeff could say anything was to get loud himself because Dr. Christensen was loud. Tammie sated she was glad that Jeff stepped in between them because she did not know where it would have gone. She didn't feel that Dr. Christensen would have been

physical, however he felt he would have gotten even closer in Tara's face. At this point Dr. Christensen left the meeting.

- Tammie described Dr. Christensen's behavior as closed off and not wanting to hear others point of view.
- Tammie stated that Dr. Christensen is cordial to her and will always answer her questions however she is concerned with how he treats staff. She mentioned he has said to them in the past that if he doesn't want them in this office that they will be gone. She said staff are walking on eggshells with him.

MCL 0154