# Exhibit 14

| | |
|---|---|
| **From:** | Bryant, Sherri <Sherri.Bryant@Mclaren.org> |
| **Sent time:** | 12/13/2022 01:54:50 PM |
| **To:** | Frye, Sarah </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a50a92b996d43b98ecb31663a0cd841-Frye, Sarah> |
| **Cc:** | Pinelli, David </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=903b8e1b242f4647acaa95a377f543f2-Pinelli, Da>; Rates, Kenneth </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c37f381b07d643cfaa2062fd82d348ee-Rates, Kenn> |
| **Subject:** | Dr. Christensen |
| **Attachments:** | image001.png |

Hello Sarah,
Per our conversation, I reached out to Jeff and Tara to find out how things were going since my conversation with them and the conversation that Dr. Pinelli and I had with Dr. Christensen.
==They both indicated that Dr. Christensen has a little interaction and conversation with staff as possible. When he is not with patients he is in his office with the door closed. Tara described it as him being like a recluse.==
Tara said he's asked her to text him to communicate with him but he doesn't respond.
Jeff said his last interaction with him the other day D. Christensen was pleasant with him.

==They both indicated that all staff are looking for other positions== and that he will not speak to Chelsea at all.

A discussion needs to happen soon to determine next steps regarding this situation.


Thanks,

*Sherri Bryant*
Human Resources Consultant
McLaren Medical Group
G-3235 Beecher Rd., Suite C
Flint, MI  48532
Office (810) 342-1546
Fax (810) 342-1070

Logo MMG Lockup DWB Landscape

McLaren confidentiality statement: "The information contained in this communication, including attachments, is confidential, may be privileged, and is intended only for the use of the named recipient(s). Unauthorized use, disclosure, forwarding or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me IMMEDIATELY at the phone number or pager listed above."

MCL 0848