# Exhibit 15

| | |
|---|---|
| From: | Coon, Julie <Julie.Coon@mclaren.org> |
| Sent time: | 12/16/2022 12:17:36 PM |
| To: | Coon, Julie </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a3afa1155a4a4954af561284733e9d4c-JulieC>; Frye, Sarah </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a50a92b996d43b98ecb31663a0cd841-Frye, Sarah>; Henry, Carla </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=679940052e4b4608b125a2cee04c232d-CarlaH>; Ropp, Brad </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3b926f73f9904a7b90cafd3c403f4f22-Ropp, Brad> |
| Cc: | Pinelli, David </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=903b8e1b242f4647acaa95a377f543f2-Pinelli, Da>; Rates, Kenneth </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c37f381b07d643cfaa2062fd82d348ee-Rates, Kenn> |
| Subject: | Dr. Christensen |
| Attachments: | image001.png   image002.png |

## Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 289 938 523 54
Passcode: FBt2fi
Download Teams | Join on the web

**Or call in (audio only)**
+1 810-275-1295,,576355798#   United States, Flint

Phone Conference ID: 576 355 798#
Find a local number | Reset PIN

Learn More | Meeting options

___

**From:** Frye, Sarah <Sarah.Frye@mclaren.org>
**Sent:** Friday, December 16, 2022 12:07 PM
**To:** Coon, Julie <Julie.Coon@mclaren.org>
**Cc:** Pinelli, David <David.Pinelli1@mclaren.org>; Rates, Kenneth <Kenneth.Rates@mclaren.org>; Ropp, Brad <Brad.Ropp@mclaren.org>; Bryant, Sherri <Sherri.Bryant@Mclaren.org>
**Subject:** RE: Dr. Christensen

==We've now had 2 of the 3 staff resign this week in addition to the APP.==  Also, Dr. Christensen told Ken that he was being attacked by Ken while on the phone with him earlier today.  Dr. Christensen is not in agreement with our structure to pay the 1:3 call based on a month's activity (rather than 1:3 weeks).  Dr. Christensen, Ken, and I have a meeting Monday, 12/19, to review call payments for 2022.

I do think Dr. Ropp, Carla, and I need a meeting sooner than 1/3.

Thank you all,

Sarah

Sarah D. Frye
Sr. Director of Operations
Department of Primary Care
McLaren Medical Group
(m) 239.300.1217
Sarah.Frye@mclaren.org

**From:** Coon, Julie <Julie.Coon@mclaren.org>
**Sent:** Wednesday, December 14, 2022 4:00 PM

MCL 0849