# Exhibit 16



# Prepared Statement for "Physician Discussion"

# discussion

## noun

dis·cus·sion di-'skə-shən

**1**

: consideration of a question in open and usually informal debate

a heated political *discussion*

**2**

: a formal treatment of a topic in speech or writing

Prepared statement :

Is this a discussion?  A "provider discussion" is there going be dialog between all parties and all parties will be heard and taken into consideration?

Why ask this?  So far I have had meetings with Ken Rates, Connie, Matt Rick, Jeff and Tara... over and over including multiple 'meetings' over and over the same problems without resolution.  This is one definition of insanity.

Leading to This meeting today I talked, texted, called and met with multiple people above.  Why couldn't this have been concluded with discussion at a local level once or twice and DONE with!

I did not know of this meeting until 820am this morning while I was rounding on the floor.  "You doctor have off from 1-5pm and a doctor Gibson from Caro will be covering for you." I am completely unaware of anything except I was on call until tomorrow AM. From Sheala to Matt Rick to finally our office and seeing afternoon patients being taken away.

This is extremely unacceptable.  A email was sent 2 days before Christmas subject "Physician Discussion" not "Meeting with Dr Ropp".  Even then I never opened it until today and never

MCL 0132

RSVP and it states "Optional" under who had RSVP. I have no itinerary, no points and no info except "show up in Flint and it is mandatory"

It is 1130am   I nor dose the OB floor staff have Dr Gibson's phone (I need to check out to her) or know of her ever covering pediatrics here in Bad Axe.

This institutional practice **unfortunately has happened over and over with no concern for dignity or respect.** To illustrate:

1; My last employment contract took 1 year of repeated meetings and silence and meetings and silence…. This played a heavy toll on myself and my family. This contract was signed under severe distress. I just needed to have this heavy toll to STOP!

2: Extra call payment and the stated need to help my family in Ukraine. I again asked and reasked and reasked why I could not be paid money that was well discussed and why it needed to be paid in a timely manner but was not! 90+ days and after 2-3 re-do's of a new contract and under severe distress was signed. Contract signed and resigned … I was at my last treads of ability to tolerate while my brother inlaw died and family lost 2 apartments to shelling and moving 60 miles away and now on/off without heat/power. In 10+ years never a problem! Your actions are hurting my family !!!!

3: Now a "re-interpretation" of my (#2 extra call) and how regular call in schedule. A contract I signed under severe distress, this contract now has put my 1 week on, 2 weeks off (1:3) call rotation into jeopardy. Why ? For 10 + years here at the HMC/TRH I have had this schedule. For my and my family's quality of life, why to change what and why I can schedule a vacation or PTO or … I do have commitments based on this 1:3 schedule for the future.
I would have taken December 19th and 20th but this money I will not have because again as in the past silence followed by "lets have a meeting on Monday before Christmas and txt me on the Friday before the meeting while on Vacation. As above you hurting my family Why! This is intentional anxiety and hurt!

4: Loss of scribe in my office and not replacing staff. This is egregious and discriminatory, why? The fact of my disability has been a know fact, with HMC and then with McLaren. So when Nicole was lost and no replacement. Countless meetings, Ken, Dr Rosilli, HR Consultant, Jeff and Tara …. Silence and No Action!
Jeff and Tara malining and belittling me in front of all the saff "What makes you so special" (why a scribe is needed). Silence and ?
5. "Physician Disscussion" aka Show up in Flint today, cancel patients and by the way it is mandatory!

This is abusive, is not tolerable and Needs corrective action immediately!

MCL 0133

Is this a meeting or more of the same? Or silence Or Just telling me what to do without any other consideration. Or just silence and inaction. Or a combo of all of the above?

This letter has been or will be provided to all parties including my counsel.

Look forward to resolving all issues above without delay or consternation or "It's out of my hands, oh I do not have hands".

Sincerely Charlie Christensen DO