# Exhibit 17

| | |
|---|---|
| **From:** | Frye, Sarah <Sarah.Frye@mclaren.org> |
| **Sent time:** | 06/12/2023 12:54:10 PM |
| **To:** | Charlie Christensen </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=612fd852766b482981611e90b021aa8d-Charlie Chr> |
| **Cc:** | Rates, Kenneth </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c37f381b07d643cfaa2062fd82d348ee-Rates, Kenn> |
| **Subject:** | RE: Scribe Services |

Dr. Christensen,

Our provider comp team is pulling together your next contract.  It will be sent to you via AdobeSign for review and signature.

Thank you,

Sarah

Sarah D. Frye
Sr. Director of Operations
Department of Primary Care
McLaren Medical Group
(m) 239.300.1217
Sarah.Frye@mclaren.org

---

**From:** Charlie Christensen <Charlie.Christensen@mclaren.org>
**Sent:** Thursday, May 25, 2023 10:16 AM
**To:** Frye, Sarah <Sarah.Frye@mclaren.org>
**Subject:** Re: Scribe Services

Hello Sarah

It has been well documented as "Scribe America" is an dictation service and not a scribe service. It also has well documented reliability problems, and edit stone wall barriers.
The lack of acknowledgement/admission to what happen to this document after I signed it, multiple people stating it did not exist (to the point of yelling at me)... is concerning.
I still would like scribe but for our future contract I think we should be open and be open to talking as above.  I need to know about contract proposal that I gave to Tara soon (in the next 2-4wks) so I may proceed.  A response will be sent via Jeff or Tara or a representative.

Charlie Christensen

---

**From:** Frye, Sarah <Sarah.Frye@mclaren.org>
**Sent:** Thursday, May 18, 2023 12:05 PM
**To:** Charlie Christensen <Charlie.Christensen@mclaren.org>
**Cc:** Rates, Kenneth <Kenneth.Rates@mclaren.org>
**Subject:** Scribe Services

Dr. Christensen,

Attached is follow-up to your questions about the scribe services currently in place at the pediatrics practice.  As there are additional questions, please let me know.

Take care,

Sarah

Sarah D. Frye
Sr. Director of Operations
Department of Primary Care
McLaren Medical Group
(m) 239.300.1217
Sarah.Frye@mclaren.org

McLaren confidentiality statement: "The information contained in this communication, including attachments, is confidential, may be privileged, and is intended only for the use of the named recipient(s). Unauthorized use, disclosure, forwarding or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me IMMEDIATELY at the phone number or pager listed above."

MCL 1577