Exhibit 19

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H. CHRISTENSEN, D.O.,

    Plaintiff,

vs.         Case No. 24-12642
                 Hon. Thomas L. Ludington
                 Magistrate Judge Patricia T. Morris

McLAREN MEDICAL GROUP,

    Defendant.
                      /

Deponent:    SHEILA WINDY

Date:        Friday, July 11, 2025

Time:        3:18 p.m.

Location:    PORT AUSTIN WELCOME CENTER
           33 West Spring Street
           Port Austin, Michigan 48467

Stenographic Reporter:
Janet M. Seewald, CSR 5079

## Page 2

1  APPEARANCES:
2  For the Plaintiff:
     TERESA J. GORMAN, P.L.L.C.
3     (By: Ms. Teresa J. Gorman, P61001)
     5700 Crooks Road
4     Suite 200
     Troy, Michigan 48098-2825
5     248.763.6943
     terigorman@aol.com
6
     For the Defendant:
7     BUTZEL LONG, P.C.
     (By: Mr. Terrence J. Miglio, P30541 and
8        Ms. Barbara E. Buchanan, P55084)
     101 North Main
9     Suite 200
     Ann Arbor, Michigan 48104-2283
10    734.995.3110
     Miglio@butzel.com
11    Buchanan@butzel.com
12  Also Present: Charles H. Christensen, D.O.
              Carla Henry

## Page 3

T A B L E   O F   C O N T E N T S

DEPONENT                             PAGE

SHEILA WINDY

  Direct Examination by Ms. Gorman      4

E X H I B I T S

IDENTIFICATION                   MARKED

NO EXHIBITS

## Page 4

           Port Austin, Michigan
           Friday, July 11, 2025
           At or about 3:18 p.m.
               - - -
      S H E I L A    W I N D Y ,
  a Witness herein, after having first been duly sworn,
  testified as follows:
           DIRECT EXAMINATION
BY MS. GORMAN:
Q   Would you please state your full name for the record?
A   Sheila Elizabeth Windy.
     MS. GORMAN: Let the record reflect that this
  is the deposition of Sheila Windy being taken pursuant
  to notice and to be used for all purposes under the
  Federal Rules of Civil Procedure and the Federal Rules
  of Evidence.
Q   (By Ms. Gorman) Ms. Windy, I just introduced myself.
  I'm Teri Gorman. I'm one of the attorneys representing
  Doctor Charles Christensen in a lawsuit against McLaren.
  Are you familiar with that lawsuit?
A   I am.
Q   Have you ever had your deposition taken before?
A   No.
Q   Just a few rules: I'm going to ask you to speak up a
  little bit because we've consistently had the air

## Page 37

| | | |
|---|---|---|
| 1 | | suite in the waiting room. |
| 2 | Q | His former office waiting room? |
| 3 | A | Correct. |
| 4 | Q | Okay. So August 29th you and Mr. Rates go over to Thumb |
| 5 | | Pediatrics. Walk me through it, if you would. What |
| 6 | | happens? |
| 7 | A | Well, we started -- I did my normal walk through, walked |
| 8 | | into the waiting area, and there was nothing out in the |
| 9 | | waiting area that we had to dispose of. So went over to |
| 10 | | the left side and we just started looking in the drawers |
| 11 | | making sure there were no supplies left, the reception |
| 12 | | area. |
| 13 | | We went over into -- every room we went into |
| 14 | | to make sure there wasn't anything. There were other |
| 15 | | rooms that had supplies that were left behind or |
| 16 | | equipment that we needed to dispose of. |
| 17 | Q | The other rooms, are those patient examination rooms? |
| 18 | A | Exam rooms. There was like a small like little |
| 19 | | laboratory area that had some instruments in it that we |
| 20 | | needed to take care of. And then the breakroom had a |
| 21 | | couple of dishes that were left behind -- |
| 22 | Q | Okay. |
| 23 | A | -- and then Doctor Christensen's office. So we had |
| 24 | | garbage bags and gloves like we would normally have -- |
| 25 | Q | Sure. |

## Page 38

| | | |
|---|---|---|
| 1 | A | -- and went in. |
| 2 | | Ken actually was there first. Ken was there |
| 3 | | first because I was on my way. I got there just shortly |
| 4 | | behind him. He had already started picking out things, |
| 5 | | takings things out of drawers. |
| 6 | Q | Were you under the assumption as you walked into Doctor |
| 7 | | Christensen's private office that anything that was left |
| 8 | | there was stuff he didn't want and wanted it to be |
| 9 | | disposed of? Is that what you assumed? |
| 10 | A | I assumed. The only thing I was aware of that he had |
| 11 | | wanted, based on what Ken had shared with me, was a |
| 12 | | bulletin board that was in his office -- |
| 13 | Q | Okay. |
| 14 | A | -- and that Ken had actually already removed that and |
| 15 | | put it out into the waiting area to make sure that we |
| 16 | | didn't dispose of it. |
| 17 | Q | He had done that prior to the 29th, hadn't he? |
| 18 | A | That I don't know because -- |
| 19 | Q | Oh, because Ken got there first, okay. |
| 20 | A | Correct. |
| 21 | Q | All right. So you arrive and find this stuff that you |
| 22 | | just testified to in various exam rooms and the |
| 23 | | breakroom? |
| 24 | A | Uh-huh. |
| 25 | Q | And then what happens? |

## Page 39

| | | |
|---|---|---|
| 1 | A | Went into the office, Doctor Christensen's office, and |
| 2 | | there was a printer in there, there was a desk. I think |
| 3 | | there was a little table, like part of a desk maybe that |
| 4 | | was in there, and just started -- there was stuff all |
| 5 | | over the floor. |
| 6 | | We started picking stuff off the floor, |
| 7 | | pencils, pens, just office stuff, and started to find |
| 8 | | the items that were I'm assuming going to talk about, |
| 9 | | shell casings. There was a live ammunition. |
| 10 | Q | Did you examine the live ammunition? Did you see it was |
| 11 | | a corroded, old useless piece of ammunition? |
| 12 | | MS. BUCHANAN: I'll object to the form. |
| 13 | Q | (By Ms. Gorman) Go ahead. |
| 14 | | MS. BUCHANAN: Go ahead. You can answer. |
| 15 | | THE DEPONENT: I looked at it, but I don't -- |
| 16 | | I don't know much about bullets or guns. |
| 17 | Q | (By Ms. Gorman) Well, did you make the determination |
| 18 | | right there that it was live or has that been something |
| 19 | | that you've been told since? |
| 20 | A | Well, it was together. The other ones were empty, the |
| 21 | | shell casings. |
| 22 | Q | They were shells, they were just brass shells, correct? |
| 23 | A | Correct. And then the one that I'm referring to |
| 24 | | actually had the tip still on the end. |
| 25 | Q | Yeah. And did you see the corrosion on it as well? |

## Page 40

| | | |
|---|---|---|
| 1 | A | I don't recall corrosion, but honestly -- |
| 2 | Q | But the pictures -- |
| 3 | A | -- there was a bullet in an office, so.... |
| 4 | Q | Okay, that's fine. Did you find any gun, any weapon? |
| 5 | A | I did not. Ken did. I was in the room and Ken was |
| 6 | | cleaning out the overhead cabinet, and when he opened |
| 7 | | the cabinet he said "There's something up here," and he |
| 8 | | pulled it down and that was the gun stock -- forgive me, |
| 9 | | I don't know my terminology of guns -- |
| 10 | Q | That's fine. |
| 11 | A | -- but I assume it was gun stock. |
| 12 | Q | Well, the testimony is and the pictures show it was part |
| 13 | | of a gun stock, but not -- you didn't find an actual |
| 14 | | gun, did you? |
| 15 | A | No. |
| 16 | Q | Did you find a knife? |
| 17 | A | No. |
| 18 | Q | Did you find any kind of weapon that could be fired at |
| 19 | | or actually shoot somebody, knife somebody or harm |
| 20 | | somebody? I mean the corroded bullet doesn't -- |
| 21 | A | Other than the bullet, no. |
| 22 | Q | Yeah, but without a gun to shoot it, other than to throw |
| 23 | | it at somebody it's not harmful, is it? |
| 24 | A | No. |
| 25 | Q | So other than those items, the gun stock and the spent |

### Page 41

| | | |
|---|---|---|
| 1 | | shells and the corroded bullet, were there other things |
| 2 | | there that caused you concern? |
| 3 | A | There was some disturbing artwork on the wall, taped up |
| 4 | | on the wall. |
| 5 | Q | What was the disturbing artwork? |
| 6 | A | Well, there was a I think a teddy bear that had some |
| 7 | | blood on it.  There was some buildings that had like |
| 8 | | explosive bomb things. |
| 9 | Q | Did you ask Doctor Christensen what they were about? |
| 10 | A | No. |
| 11 | Q | And no one at that point had told you that he had family |
| 12 | | in and had lost family by the Russians in Ukraine? |
| 13 | A | No. |
| 14 | Q | So you had no knowledge as to why he would have it? |
| 15 | A | No. |
| 16 | Q | Is there a policy about not having that kind of material |
| 17 | | in your private office? |
| 18 | A | McLaren does have a Weapons Policy. |
| 19 | Q | Okay.  Is that the policy you think applies to having |
| 20 | | pictures of Putin and the teddy bear and the bombings |
| 21 | | that were going on in Ukraine? |
| 22 | A | Not related.  I wouldn't relate that to the policy, no. |
| 23 | Q | Thank you.  So you found those disturbing or just |
| 24 | | unusual or -- |
| 25 | A | Both. |

### Page 42

| | | |
|---|---|---|
| 1 | Q | Okay.  Anything else? |
| 2 | A | In that office I don't recall.  There was a -- there was |
| 3 | | a card that had little like -- I don't know.  I'm |
| 4 | | assuming they were boys or men on there that talked |
| 5 | | about circum -- I guess something being against |
| 6 | | circumcision. |
| 7 | Q | Okay.  Doctor Christensen is a pediatrician, correct? |
| 8 | A | Correct. |
| 9 | Q | So would it be unusual for him to have -- did you think |
| 10 | | it would be unusual for him to have information in the |
| 11 | | office regarding circumcision and parents' decision- |
| 12 | | making about where to have their son circumcised? |
| 13 | A | I wouldn't if it was literature or something like that. |
| 14 | | This did not look like literature. |
| 15 | Q | Anything else you saw? |
| 16 | A | I don't believe so. |
| 17 | Q | At this point in time, Doctor Christensen is still in |
| 18 | | the building, correct? |
| 19 | A | I don't know. |
| 20 | Q | Did you look for him? |
| 21 | A | I did not look for him. |
| 22 | Q | Did it occur to you to try to at least ask him "What is |
| 23 | | the stuff?" |
| 24 | A | No. |
| 25 | Q | Why? |

### Page 43

| | | |
|---|---|---|
| 1 | A | I was shocked that I found all of these items to be |
| 2 | | honest with you in an office first of all, especially a |
| 3 | | pediatrician's office, so it's my job to make sure |
| 4 | | everyone is kept safe.  And finding a bullet, part of a |
| 5 | | gun and this disturbing artwork was not something that I |
| 6 | | was going to go and approach somebody whether it was a |
| 7 | | physician or a staff member.  I was going to do my job |
| 8 | | and report it appropriately. |
| 9 | Q | Is there a policy you were following that "If you see |
| 10 | | this stuff don't ask questions, just immediately kick it |
| 11 | | upstairs"? |
| 12 | A | Well, I don't know that I would say it's an exact |
| 13 | | policy.  But I mean if I found a weapon onsite, I would |
| 14 | | report it to my supervisor. |
| 15 | Q | But you didn't find a weapon onsite. |
| 16 | A | To me, a part of a gun and disturbing artwork and the |
| 17 | | bullet, I find that very disturbing. |
| 18 | Q | You personally found it very disturbing? |
| 19 | A | I did.  I did. |
| 20 | Q | Did you ask Mr. Rates to "Find Doctor Christensen and |
| 21 | | find out what the heck this stuff is"? |
| 22 | A | No. |
| 23 | Q | What did you do? |
| 24 | A | I reported it. |
| 25 | Q | To whom? |

### Page 44

| | | |
|---|---|---|
| 1 | A | I contacted Doctor Ropp first. |
| 2 | Q | What did Doctor Ropp say? |
| 3 | A | He said "Let me touch base with Carla." |
| 4 | Q | Okay.  And did you talk to anybody else? |
| 5 | A | No. |
| 6 | Q | And so he said -- Doctor Ropp tells you he's going to |
| 7 | | talk to Ms. Henry, right? |
| 8 | A | Correct. |
| 9 | Q | And then what happened? |
| 10 | A | If I recall, I believe Carla had contacted me back, |
| 11 | | asked me to gather the items.  I put them in a box and I |
| 12 | | took them over to HR at the hospital. |
| 13 | Q | What was Ken Rates doing while you were doing that? |
| 14 | A | He was continuing to clean out the office. |
| 15 | Q | Did you notice Ken Rates go in to talk to Doctor |
| 16 | | Christensen? |
| 17 | A | No, I didn't. |
| 18 | Q | Did he tell you he was going to meet with Doctor |
| 19 | | Christensen? |
| 20 | A | No. |
| 21 | Q | Did you become aware that Ken Rates had sent Doctor |
| 22 | | Christensen an email earlier in the day about -- with a |
| 23 | | new contract and was going to meet with him at that 29th |
| 24 | | visit to the -- when he visited the clinic with you to |
| 25 | | discuss the new contract? |

### Page 45

```
 1  A    No.  I wasn't aware of that.
 2  Q    Did Ken Rates -- did you talk to Ken Rates again after
 3       you took -- boxed up the items and took them over to HR?
 4  A    No, not that -- not after I did that because I left.
 5  Q    What happens then?  Is that when you go home or back to
 6       the hotel?
 7  A    I just went home.
 8  Q    Did you go back -- once you boxed up these items, did
 9       you do that by yourself?
10  A    Ken and I were in the office at the same time and I was
11       putting everything in the box.  He was in the office.
12       He didn't physically help me box it but he was there.
13  Q    He wasn't lifting the things?
14  A    No.
15  Q    But the only thing -- were the only things that you put
16       in the box are the items that you just described that
17       you found disturbing --
18  A    That is correct.
19  Q    -- including the pictures on the wall?  Anything else?
20  A    I don't recall.
21  Q    Did you go through Doctor Christensen's ex desk, his
22       former desk that was still in there?
23  A    Yes.  We cleaned out all the drawers.
24  Q    Did you ask Doctor Christensen's permission?
25  A    No.
```

### Page 46

```
 1  Q    Did you have a search warrant?
 2  A    No.
 3  Q    So you fill the box with the stuff that you found
 4       disturbing and that was it, nothing else?
 5  A    Correct.
 6  Q    And you take it over to HR?
 7  A    Correct.
 8  Q    Do you leave Ken Rates in still cleaning the office?
 9  A    No.  This was at the end of -- when I took the box over,
10       we were done in the office.  He had went on his way.  I
11       don't know where he went.  I don't know that.
12  Q    Are you confident that he left the building or do you
13       just know that he didn't go with you to HR?
14  A    He did not go with me to HR.
15  Q    So it's entirely possibly he went to talk to Doctor
16       Christensen, right?
17  A    It could be possible.
18  Q    You have no idea?
19  A    I don't know.
20  Q    Okay.  So you take it over it HR.  Who is at HR in the
21       hospital when you deliver it?  If you know.
22  A    Gretchen is her first name.  It was my first time
23       meeting her.
24  Q    Sure.  And you just leave it?
25  A    I believe, yes.
```

### Page 47

```
 1  Q    Was she expecting it?
 2  A    I believe she was expecting it.
 3  Q    And you did that at the direction of Ms. Henry, correct?
 4  A    I did.
 5  Q    Okay.  So is that it for you on the 29th?
 6  A    That's it.
 7  Q    Do you know what you had for dinner?
 8  A    I don't even remember.
 9  Q    So let's move to the morning of the 30th.  Do you get --
10       how is it you end up at the hospital -- and you do end
11       up at the -- or at that clinic the morning of the 30th,
12       very early, correct?
13  A    Yes.
14  Q    Have you received instruction at that point as to what
15       to do?  Or why are you there?
16  A    I'm there because of the items that were found the day
17       before.
18  Q    And --
19  A    And I was asked if they were any items in his current
20       office.
21  Q    So you're there specifically to look at his current
22       office?
23  A    Correct.
24  Q    Who gave you that direction?
25  A    Carla.
```

### Page 48

```
 1  Q    Pardon me?
 2  A    Carla.
 3  Q    Ms. Henry?
 4  A    Correct, sorry.
 5  Q    Did she tell you that she made the decision to have you
 6       do that or was she reporting that Ropp had made that
 7       decision?
 8  A    No.  There was no discussion about that.
 9  Q    So she said "This is what we want you to do"?
10  A    Just asked if I had seen anything in his current office.
11       I had not been in his physical office.
12  Q    Okay.  Are you aware at that point that the clinic is
13       closed on Fridays and Doctor Christensen would not be
14       there?
15  A    Not -- I don't recall that.  When I got there on Friday
16       I couldn't get in.  I don't know have a key to get in so
17       we had to get -- Ken had to let me in.
18  Q    He has a key?
19  A    I don't know if he had a key or if he obtained it from
20       Facilities.
21  Q    Okay.  So then what happens?
22  A    We went into the office and we looked -- I looked in the
23       exam rooms too.  Just -- it's something -- normally when
24       I round I make my round through the clinics and I had
25       been in that clinic once after the move to talk to
```

```
                                      Page 49                                              Page 51
 1      staff, but I had not made any rounds in the actual exam    1  A   I believe she had indicated she would call me back.
 2      rooms.  So I did that and then we went into Doctor         2  Q   And did she call you back?
 3      Christensen's office.                                      3  A   She did.
 4   Q  Was there anybody in the clinic at all?                    4  Q   Do you know who she spoke to to get counsel?
 5   A  No.                                                        5  A   I don't.
 6   Q  Was there anybody else in the building at that point?      6  Q   And what did she tell you?
 7   A  Yes.                                                       7  A   I believe that Security was being contacted and that I
 8   Q  Where?                                                     8      had described --
 9   A  Back in the General Surgery Clinic.                        9  Q   Security at the hospital or the clinic?
10   Q  So you got access to Doctor Christensen's office?         10  A   We don't have Security at the clinic, so I believe she
11   A  Uh-huh.                                                   11      was going to talk to the head of Security at corporate.
12   Q  Then what happens?                                        12  Q   And then what happened?
13   A  Went in, looked to see if there was anything sitting      13  A   I just waited.
14      around like what we found the day before.                 14  Q   To hear from her?
15   Q  And did you find anything like what you found the day     15  A   Uh-huh.
16      before?                                                   16            THE COURT REPORTER:  Is that "Yes"?
17   A  There was a couple of shell casings.                      17            THE DEPONENT:  Yes.
18   Q  Where?                                                    18  Q   (By Ms. Gorman)  And you're outside the building waiting
19   A  On his desk in a little organizer.                        19      to hear back from Ms. Henry?
20   Q  Okay.                                                     20  A   Correct.
21   A  And in the bathroom there was some magazines like gun     21  Q   And presumably you did?
22      magazines.  I think that's what they're called.           22  A   I did.  And I believe the police were called, were being
23   Q  What kind of magazines?                                   23      called.
24   A  Part of the gun.                                          24  Q   Who called the police?
25   Q  Oh, gun?                                                  25  A   I don't know.

                                      Page 50                                              Page 52
 1   A  Part of the gun.                                           1  Q   Did you?
 2   Q  Anything else?                                             2  A   No.
 3   A  On the way out there were items that were very unique     3   Q   Did Mr. Rates?
 4      sitting in a chair that were wrapped in bubble wrap with   4  A   No.
 5      wires sticking out of them.                                5  Q   So somebody called the police?
 6   Q  Okay.                                                      6  A   Correct.
 7   A  So....                                                     7  Q   And what happened then?
 8   Q  Did you at that point suggest or actually make a call      8  A   The police came and had --
 9      yourself and call Doctor Christensen and say "What is      9  Q   And more police came and then the fire department came
10      this"?                                                    10      and --
11   A  No.                                                       11  A   The police came, and we were -- Ken and I were outside
12   Q  Did you suggest to Mr. Rates that he call Doctor          12      of the building, and they came up and asked what was
13      Christensen?                                              13      going on and we told them.  And they went in and came
14   A  No.                                                       14      back out and said they wanted everyone to move closer
15   Q  What did you do next?                                     15      towards the hospital.  Wanted to know if there was
16   A  I called Carla.                                           16      anyone else in the building, which was the General
17   Q  What did she -- did she give you direction as to what to  17      Surgery practice, so we vacated them and everyone went
18      do?                                                       18      up closer to the hospital.
19   A  Well, I had taken pictures first and then called Carla.   19  Q   Did you at anytime while the -- before the determination
20      And I don't recall -- we left the building.  I know we    20      as to the identity of the so-called bomb, did you ever
21      left the building.  I know we left the building.  I       21      walk back into the office or had you just backed off and
22      don't recall gathering anything though.                   22      let law enforcement do their thing?
23   Q  Okay.  Did Ms. Henry give you direction right there or    23  A   We -- no one was allowed to go back into the building.
24      did she say "Let me contact somebody, check into it and   24  Q   So once -- well, Huron County Sheriff's Department were
25      call you back"?                                           25      the first people to arrive, right?
```

### Page 53

```
 1  A   Correct.
 2  Q   So once Deputy Dufty arrived and was talking to you and
 3      to Mr. Rates, you did not go back in the building that
 4      whole morning?
 5  A   That is correct.
 6  Q   Okay.  During that time period were you in communication
 7      with Ms. Henry or Doctor Ropp or anybody else not
 8      onsite?
 9  A   Only with Carla as far as what I had already shared when
10      she had called and said that Security was being called.
11  Q   Were you keeping her updated at all as to what was going
12      on as various law enforcement and the bomb squad and
13      everybody else showed up?
14  A   I don't recall calling her to keep her updated.
15  Q   So what happened then?
16  A   We waited for the bomb squad to show up.
17  Q   Which took a while?
18  A   Took a while.  We just waited.
19  Q   And what did the bomb squad -- did the bomb squad make a
20      determination while you were standing there?
21  A   They did.
22  Q   And what did they say?
23  A   Well, they didn't talk to me.  I didn't talk to them.
24  Q   Did you hear what they said or did somebody tell you
25      what they said?
```

### Page 54

```
 1  A   Yes.  The police had indicated that it was not a bomb,
 2      that it was some type of battery.
 3  Q   Did Deputy Dufty tell you and Mr. Rates that he had
 4      spoken with Doctor Christensen?
 5  A   I don't -- I apologize.
 6  Q   It's okay.
 7  A   I don't recall the police officer's name.
 8  Q   You didn't think you were going to be quizzed on this.
 9      I get it.
10  A   I don't recall.  I don't recall that.  I'm not sure who
11      was who there as far as police.
12  Q   That's fine.  Before -- but had you heard from someone
13      somehow, some way before the bomb squad made their
14      determination that Doctor Christensen had let them know
15      it's a bike battery?
16  A   Somebody did indicate that.
17  Q   Doctor Christensen eventually arrives at the scene, does
18      he not?
19  A   Correct.
20  Q   Do you talk to him when he gets there?
21  A   No.  I was asked to stay on one side of the building by
22      the police.
23  Q   Okay.  Does Mr. Rates talk to Doctor Christensen?
24  A   No.
25  Q   Does anybody from McLaren talk to Doctor Christensen or
```

### Page 55

```
 1      is he just taking directives from law enforcement?
 2  A   I don't know if anybody else talked to Doctor
 3      Christensen from McLaren because I was on the opposite
 4      side of the building from Doctor Christensen.
 5  Q   Okay.  So at some point somebody tells you that or you
 6      heard that the determination by the bomb squad,
 7      investigators, whatever their title is, was "Nothing to
 8      see here, it's just a bike battery"?
 9  A   Uh-huh.
10  Q   Right?
11  A   Correct.
12  Q   And then all the law enforcement disburses because
13      there's no bomb scare?
14  A   I believe one of them -- one of the policeman, I don't
15      know who, had accompanied myself and our head of
16      Security over to talk to Doctor Christensen.
17  Q   So do you remember who the Security person was?  Do you
18      know them by name?
19  A   I think his last name is Young.  I think.  I'm looking
20      at Carla.  It was the first day I had never met him.
21      I'm sorry.
22  Q   Don't be sorry.  So you accompanied law enforcement and
23      this head of Security over to talk to Doctor
24      Christensen?
25  A   Correct.
```

### Page 56

```
 1  Q   Were you requested to do that or did you just --
 2  A   I just did it.
 3  Q   Just did it because it's part of your territory, right?
 4  A   Correct.
 5  Q   Who talks to Doctor Christensen at that point?
 6  A   I believe it was Mr. Young.
 7  Q   And what does he tell him?
 8  A   That he was not going to be allowed to go back onsite,
 9      and I believe he asked for a key or a badge, I believe.
10      And that was it.
11  Q   Do you recall him telling them that he was on
12      administrative leave?
13  A   Yes, I do.  I'm sorry.  I -- yes, he did say that.
14  Q   Who made the decision, if you know, to place Doctor
15      Christensen on administrative leave?
16  A   I don't know.
17  Q   Had you talked to Ms. Henry at that point?  Did she tell
18      you -- other than what you've heard, did she tell you
19      that a decision had been made to put Doctor Christensen
20      on administrative leave?
21  A   I don't recall taking to Carla about that.
22  Q   So you heard them -- you heard Mr. Young or whomever
23      tell Doctor Christensen "You are on administrative
24      leave, give me your keys," whatever.  Did you hear him
25      tell Doctor Christensen that if he showed up again it
```

14 (Pages 53 to 56)

Page 57

1      would be trespassing?
2   A  I don't recall that.
3   Q  Do you recall anything else that was said to him?
4   A  I don't recall anything else said to him.
5   Q  Do you recall remember what Doctor Christensen said?
6   A  He made a comment about something along the lines of
7      this -- finding it interesting that this is happening in
8      relationship to him not having a contract.
9   Q  Do you remember him saying anything else?
10  A  No.
11  Q  So what happens next?
12  A  Everyone disbursed.
13  Q  Did you ever walk back into the building?
14  A  No.
15  Q  What happened to the bike battery and the other -- and
16     the additional shell casings that you found and whatever
17     you said you found in the -- I have to take this.  Give
18     me a minute, please.
19         MS. GORMAN:  Off the record.
20            (Off the record momentarily at 4:32 p.m.)
21         THE COURT REPORTER:  "What happened to the
22     bike battery and the other -- and the additional shell
23     casings that you found and whatever you said you found
24     in the --"
25  Q  (By Ms. Gorman)  In the office that morning?  Because

Page 58

1      you called about the bike battery, I presume you didn't
2      take it out.  You called, you said you had found a
3      couple more casings on his desk and something else in
4      the bathroom or something?
5   A  Magazines.
6   Q  Okay, a magazine in the bathroom.  When you left -- when
7      you left, were those items still in the building?
8   A  I don't recall.  It was --
9   Q  Do you recall taking them yourself?
10  A  I don't recall.  I apologize.
11  Q  No, no.  Don't apologize.  It's okay.  Is it fair to say
12     you don't have a clue what happened to them?
13  A  I don't.  I don't.
14  Q  Where did you go after that?
15  A  I believe I went back to McLaren Bay Region.
16  Q  To where?
17  A  McLaren Bay Region in Bay City.
18  Q  Did you have any further discussions that day with Mr.
19     Rates about what you had found, the fact that there was
20     no bomb, it was just a bike battery?  Any other further
21     discussions with Mr. Rates?
22  A  No.
23  Q  Did you have any further discussions with Ms. Henry that
24     day?
25  A  No.

Page 59

1   Q  Did you have any further discussions with anybody prior
2      to Doctor Christensen's termination regarding the
3      happenings of August 29th and 30th?
4   A  No.
5   Q  Did anyone question you about the items that you had
6      provided to HR or that you had talked to Ms. Henry
7      about?
8   A  I don't recall anyone, no.
9   Q  Did anyone consult with you about what to do as to
10     Doctor Christensen, whether to just keep him on
11     administrative leave or fire him or anything else?  Were
12     you consulted at all about his future with McLaren?
13  A  No.
14  Q  So once you left that day you were done with it?
15  A  Well, I was done with it other than making sure -- not
16     -- we didn't do anything that day, but because it was on
17     a Friday -- let me back up, I do apologize.
18         I did have to talk to Ken.  I talked to him by
19     phone because we had to take care of patients that were
20     on the schedule the following week, so -- but it had
21     nothing to do with this.
22  Q  Okay.
23  A  It was simply just to make sure that the patients were
24     taken care of.
25  Q  Okay.  Any other discussions you had with anybody at

Page 60

1      McLaren or elsewhere, law enforcement, anybody regarding
2      this bike battery incident on the 30th or items that you
3      found on the 29th?
4   A  I do not recall having any conversations with anyone
5      about that.
6   Q  Okay.  Did you participate in any way about the decision
7      to terminate Doctor Christensen?
8   A  I did not.
9   Q  No one asked for your opinion?
10  A  No.
11  Q  It's my understanding that within a month after Doctor
12     Christensen's termination the clinic was closed.  Is
13     that correct?
14  A  That is correct.
15  Q  So Ken Rates guessed it was October of 2024.  Was his
16     guess correct?
17  A  I believe it was prior to that that we closed the clinic
18     because we did not have a provider to provide services
19     to patients.
20  Q  That's my next question.  Was there anybody brought in
21     from locums or another hospital or whatever to meet with
22     those patients that you were rescheduling due to his --
23     at that point in time -- administrative leave?
24  A  No.  We offered appointments to patients at our Family
25     Practice Clinic across the street who can see pediatric

```
                                    Page 65
 1      STATE OF MICHIGAN      )
 2                             ) SS
 3      COUNTY OF OAKLAND      )
 4
 5          I certify that this transcript consisting of 65
 6      pages is a complete, true and correct record of the
 7      testimony of SHEILA WINDY, held in this case on
 8      July 11, 2025.
 9          I also certify that prior to taking this
10      deposition, SHEILA WINDY was duly sworn to tell the
11      truth.
12          I also certify that I am not a relative or employee
13      of or an attorney for a party; or a relative or employee
14      of an attorney for a party; or financially interested in
15      the action.
16
17
18
19
20
21      July 14, 2025      Janet M. Seewald _____
                           JANET M. SEEWALD, CSR-5079
22                         Certified Shorthand Reporter
23
24
25
```