Exhibit 21



Christensen 0109



Christensen 0110



Christensen 0115





Christensen 0117



Christensen 0118



Christensen 0119



Christensen 0120



Christensen 0121



Christensen 0122



Christensen 0123