# Exhibit 22





MCL0555



MCL0556



MCL0557