# Exhibit 24

CR No: 240007284

Redaction ID: 468894



# HURON COUNTY SHERIFF
120 S HEISTERMAN ST.
BAD AXE MI 48413
989-269-6500



## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| 240007284 | C3324 - Suspicious Circumstances |
| **Report Date/Time** | **Occurrence Date/Time** |
| 08/30/2024 09:26 | 08/30/2024 09:26 |
| **Location** | **Call Source** |
| 1060 S VAN DYKE RD Apt #: 800 | PHONE |
| **Dispatched Offense** | **Verified Offense** |
| 5215 Intimidation - Threat to Bomb | C3324 Suspicious Circumstances |
| **County** | **City/Twp/Village** |
| 32 - Huron | 06 - Colfax Twp |
| **Division** | |
| Patrol | |

### Action Requested:

[ ] Arrest warrant    [ ] Review only

[ ] Search warrant    [ ] Forfeiture

[ ] Juvenile petition    [ ] Other

CR No: 240007284

Redaction ID: 468894

## Offenses:

**C3324 - Suspicious Circumstances** [HCTALASKIH (52562)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| / | | |
| **Crime Against** | **Location Type** | **Offense Completed** |
| | 09 - Drug Store/Doctors Office/Hospital | Not Applicable |
| **Domestic Violence** | **Hate/Bias** | |
| No | 00 - None (No Bias) | |

**Using**
A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No

## People:

**CHRISTENSEN, CHARLES HOWARD (O-OTHER) (X-MISCELLANEOUS)** [HCTALASKIH (52562)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | CHRISTENSEN | CHARLES | HOWARD | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | M | WHITE | | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 6' 1" | 165 | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 3697 PORT AUSTIN RD | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| PORT AUSTIN | MI | 48467-9624 | 9895506202 | |

| Alerts | On Probation/Parole | Habitual Offender Status |
|---|---|---|
| | No | |

**RATES, KENNETH   (O-OTHER) (X-MISCELLANEOUS)** [HCTALASKIH (52562)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | RATES | KENNETH | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| | | | 7547770441 | |

**-, KIRK MICHAEL (O-OTHER) (C-COMPLAINANT)** [HCTALASKIH (52562)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | - | KIRK | MICHAEL | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

## Narrative:

CR No: 240007284-001   Written By: HCTALASKIH (52562)   Date: 09/02/2024 10:39 AM

**INFORMATION:**

On the above state date, I was dispatched to the above address for a suspicious situation. Dispatch advised there was a possible explosive in the building and there was shell casing found in a office.

CR No: 240007284                                                                                          Redaction ID: 468894

I arrived on scene and made contact with Kenneth Rates and Shelia Windy. They told me they were in Dr. Christensen's old office yesterday. While in the office, they found some shell casings on a black gun stock. They also found some drawings that appeared to have tanks on fire and another drawing with a person holding a panda bear. There was a paper titled LegiTmate Targes for Russian Bombs Bomb Moscow! They took those items. '

On today's date they went into Dr. Christensen's new office and found a box with two rectangular objects with bubble wrap on them connected to a grey object. Officer McGrath and Trooper Hawkins evacuated the building and Dr. Pagnini's building also. MSP Bomb Squard was called to see what the suspicious items was.

I contacted Dr. Christensen and asked him about the suspicious item. He told me it was batteries for an electric bike. I questioned him about the shell casings that were found. He told me that he is an avid shooter and must've had casings in his pocket one day and put them on his desk.

Dr. Christensen came to the scene. He was questioned about the gun stock that was found. He advised that it was from Ruger 10/.22. He was asked about the targets that were found, he stated that he organizes them as he shoots air rifles.

Trooper Bluhm from MSP Bomb squad arrived on scene. He went into the building. After he finished his investigation, he stated the item was batteries.

McLaren personal informed Dr. Christensen that he was not allowed on to the property until he met with the McLaren board. He was trespassed for the time being.

CLOSED.

| Attachments: | | | | | |
|---|---|---|---|---|---|
| File Name | File Type | Comments | Date | By | Role |
| Attachments Included In This Report: | | | | | |
| IMG_0396[1].JPG | jpeg | DRAWINGS | 09/02/2024 11:09 AM | TALASKI, HUNTER | INVESTIGATOR |
| IMG_0397[1].JPG | jpeg | GUN STOCK | 09/02/2024 11:10 AM | TALASKI, HUNTER | INVESTIGATOR |
| IMG_0401[1].JPG | jpeg | SHELL CASINGS | 09/02/2024 11:10 AM | TALASKI, HUNTER | INVESTIGATOR |
| IMG_0402[1].JPG | jpeg | POSTER | 09/02/2024 11:11 AM | TALASKI, HUNTER | INVESTIGATOR |
| IMG_0975[1].JPG | jpeg | BATTERY | 09/02/2024 11:11 AM | TALASKI, HUNTER | INVESTIGATOR |
| IMG_0977[1].JPG | jpeg | BATTERY-CLOSE UP | 09/02/2024 11:11 AM | TALASKI, HUNTER | INVESTIGATOR |
| IMG_1007[1].JPG | jpeg | RECIEPT OF BATTERY-DR CHRISTENSEN'S PHONE | 09/02/2024 11:12 AM | TALASKI, HUNTER | INVESTIGATOR |

Attachment File : DRAWINGS





Attachment File : GUN STOCK



Attachment File : SHELL CASINGS



Attachment File : BATTERY



Attachment File : BATTERY-CLOSE UP



Attachment File : RECIEPT OF BATTERY-DR CHRISTENSEN'S PHONE



# EVIDENCE LIST

**Incident No.:** 240007284      **Agency:** Huron County Sheriff

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | ( ) | ( ) | |
| Convictions | ( ) | ( ) | |
|  | ( ) | ( ) | |
|  | ( ) | ( ) | |
|  | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| VICTIM PROPERTY |  |  | |
|  | ( ) | ( ) | |
|  | ( ) | ( ) | |
|  | ( ) | ( ) | |

Officer In Charge      Date      Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

Assistant Prosecutor      Date