# Exhibit 25

Jeff Young
Dr. Ross
Dr. Christensen




Meeting 9/3/24 10:15 AM

Findings in vacant office
- Pictures ① Legitimate Targets for Russ. Bombs ② Person w/ bear ③ tanks
- Gun stock
- shells/casings
- live round
- paperwork - gun work
- Card bloodstained ment + their friends

Findings in new office
- 4 magazine clips
- casings
- box items

Explained why here, reviewed items found, asked why

Stock - old plastic stock

brass casings to 22/9mm

would go before or after work to Sportsman Club 4 miles away

Probably forgot about, spent brass would recycle. "probably" in pocket thats all.

Stock probably to give it to a friend, never happened, brought to work probably Randy's shooting center forgot about

page 2

Not aware of any live round

22/9mm → live round must have fell out.

Would clean own office but not very good at it. Just not cleaning.

Family from Ukraine - lost in-laws, home - Pastors

Stated the items in plain sight, if it was in sight no one had an issue

Has had it for years (pictures) beside the shell casings

Bloodstained men card - Peds conference Chicago not have circumcision 2016-2018 From Protester - Would walk through w patients

· States these are incidental things from Hobbie

· "Just a" receipt

"Just a" scope manual

- Bike battery - months in office

Stated got a call in morning from police explained what it was they had no issue went to clinic

Live in rural area, never had a problem or difficulty w/ these items before.

Stated felt it was retaliation for contract issues. Asked what was meant - said waiting for agreement received previous draft contract Thursday evening and didn't address what was discussed.

Significance of concern - "I understand won't do it again"

Proceeded to try to discuss contract. noted inconvenience of meeting in Flint, stated we should have come to him including next meeting

After seeing him fidget w/ phone asked if recording - yes - stated he did not have permission to record