Exhibit 26

| | Policy Title: | Workplace Threats and Violence |
|---|---|---|
| **McLaren HEALTH CARE** | | |
| Effective Date: 1/1/10 | Policy Number: | HR 0181 |
| Review Date: 6/18/13 | Section: | Human Resources |
| Revised Date: | Oversight Level: | Corporate |
| Administrative Responsibility: | MHCC Vice President Human Resources | |

1. **Purpose**
   To provide a safe and non-violent environment for employees, patients, visitors, volunteers, and healthcare providers.

2. **Scope**
   All employees, physicians, students, volunteers and any other individuals performing work at McLaren Health Care and its subsidiaries (MHCC).

3. **Policy**
   It is the policy of MHCC to provide a safe and non-violent working environment free from threats, physical/verbal abuse and other intimidating behaviors. Behavior of this nature will not be tolerated.  Retaliation against individuals reporting a complaint under this policy or individuals participating in an investigation regarding alleged complaints under this policy is strictly prohibited.

   Violation of this policy will result in corrective action, up to and including termination.

4. **Procedure**
   **4.1.** Complaints regarding threats, physical/verbal abuse or other intimidating behavior should be reported immediately to the employee's supervisor or available on-site manager, or the subsidiary's Human Resource Department.

   **4.2.** If a threat is direct and imminent in nature, on-site security and the local 9-1-1 dispatch center should be contacted immediately.  If no Security Department exists, then immediately contact the local 9-1-1 dispatch center.

   **4.3.** Complaints regarding violation of this policy will be promptly investigated.  If the investigation reveals that a violation of this policy has occurred appropriate action will be taken.

   **4.4.** All complaints will be handled in as confidential manner as possible.

   **4.5.** All employees are responsible for helping to maintain a safe workplace.  It is the responsibility of each employee to immediately report any violent act or threat of violence that occurs on MHCC property and during business related activities

Workplace Threats and Violence                                     McLaren Health Care
HR 0181

**5. Reference**
   MHCC Standards of Conduct

**6. Exception Provision**
   If any provision of this policy conflicts with an express provision(s) of an applicable bargaining agreement or letter of agreement, the latter shall supersede this policy to the extent necessary to comply with contractual obligations.

**Approvals:**

Corporate HR Policy Committee: September 3, 2009

Human Resources Council: October 22, 2009, June 18, 2013

*[signature]*                                                       6/18/13

_____                                     _____
William Peterson                                                    Date
Vice President Human Resources

Previous Revisions: Not Applicable
Supersedes Policy:  Not Applicable