Exhibit 27



**McLaren**
MEDICAL GROUP

G-3235 Beecher Road
Suite C
Flint, Michigan
48532

**mclaren.org**

September 18, 2024

**VIA OVERNIGHT MAIL:**

Dr. Charles Christensen
3697 Port Austin Rd
Port Austin, MI 48467

    Re: *Termination of Employment*

Dear Dr. Christensen:

As a follow up to our call on September 13, 2024, this letter is to notify you that McLaren Medical Group (MMG) has decided to terminate your employment with MMG at McLaren Thumb Region (MTR) for the reason that you have engaged in misconduct violative of the McLaren's policy regarding workplace threats and violence.

**Applicable Workplace Policies**

HR 0181 *Workplace Threats and Violence* policy provides that employees are entitled to a "safe and non-violent working environment free from threats, physical/verbal abuse and other intimidating behaviors." This policy prohibits any such behavior. Violation of this policy is sufficient grounds for termination due to the serious nature of the behavior involved.

On August 29, 2024, MMG personnel were cleaning out your personal items that you left behind in the office workspace you occupied on the MTR campus Medical Office Building. In the process of cleaning up your space, certain inappropriate items, documents, and materials were found. Below is a non-exhaustive list of the items found in your provided office on August 29:

- live ammunition.
- spent ammunition cartridges.
- gun parts and documentation (gun stock and written documentation on guns).
- violent and threatening images of war, political propaganda with references to bombing, and bloody images.

Based on the volume and nature of the items and materials found in your previous office, there was concern that additional inappropriate items and/or materials might be present in your current workspace. In an abundance of

MCL 0162


MEDICAL GROUP

Page 2

caution and out of safety concerns, on August 30, 2024, MMG personnel entered your office space and found items, including but not limited to the following:

- suspicious packages consisting of electrical tape, bubble wrap, wires, and other components.
- loose electrical wires.
- gun parts (gun ammunition magazine).

The discovery of the suspicious packages prompted security to contact the police, who in turn contacted the Michigan State Police Bomb Squad. The Bomb Squad was sufficiently concerned about the packages that they evacuated the medical office build and portions of the hospital. The Bomb Squad was able to safely clear the threat, but the initial threat made the workplace unsafe, in violation of the policy.

Pursuant to the above referenced policy, MMG and MTR considers the foregoing items, materials, and documentation, as well as the resulting actions, to be threatening and violent behavior in the workplace which created an environment that is not free from threats and violence, and thus is unsafe due to your actions and behaviors. This is a major offense which justifies termination of your employment.

### EMPLOYMENT STATUS/RETURN OF EMPLOYER LAPTOP

Given the above, MMG is terminating your employment effective Friday, September 13, 2024. Please contact Kirk Michael, Security Supervisor, at 989-325-8225 within three business days of your receipt of this letter to arrange a time for you to pick up your personal belongings that are in your assigned work area. We look forward to your prompt and anticipated cooperation.

Sincerely,

Bradley Ropp, M.D., FACP
Chief Medical Officer

MCL 0163