Exhibit 28

| | | Policy Title: Corrective Action Program |
|---|---|---|
| Section: Employee Relations | Effective Date: | Policy No: HR-510 |
| | Review Dates: 1/1/15, 2/1/21 | |
| | Revised: | |
| MMG Business Unit: Human Resources | | Interpretation: Vice President, Human Resources |

**Purpose**:  The Corrective Action Program has been established to provide guidelines when standards, policies, procedures, work rules, etc. are not met.  Progressive corrective action may be used with the intent of correcting inappropriate behavior or unsatisfactory work performance, thereby supporting MMG's mission.  The Corrective Action Program provides a constructive approach to solving employee problems to the mutual benefit of the employee and MMG.  The major purpose of this corrective action policy is to identify the problem, prevent the recurrence and prepare the employee for satisfactory service in the future.  This policy does not alter the at-will relationship that MMG has with its non-union employees

**Scope:**  This policy applies to all employees.

**Definitions:**

**Policy:**  MMG encourages mentoring and coaching between a supervisor and an employee, to correct oversights, offer positive reinforcement or constructive criticism, remove misunderstandings, and improve performance.  This type of communication is not considered part of the formal corrective action process.  Any notes created by supervision regarding such communication will be kept within the practice.

MMG utilizes a system of progressive corrective action, which is aimed at identifying and correcting problems with employee performance or conduct.  Progressive corrective action may be issued at an appropriate level based on the circumstances surrounding the infraction, the nature and severity of the offense, the employee's past records and previous history of corrective action.  Generally depending on these factors, each infraction builds upon the last one committed and the employee progresses to the next step of corrective action with each succeeding offense.  Although the nature of corrective action is progressive, there are infractions that warrant immediate suspension or discharge.  MMG reserves the right to determine whether progressive corrective action will be used, and at what level, or whether the infraction

MCL0574

committed warrants immediate suspension or discharge.

Prior to the administration of corrective action, an investigation of the situation will generally be conducted.  However, depending on the offense, an employee may be subject to immediate suspension pending an investigation.  The investigation may include questioning available witnesses, reviewing applicable records, and interviewing the employee who is subject to corrective action to understand the employee's view of the situation.

The following steps represent the typical sequence of progressive corrective action for most types of violations.  When the nature of the violation warrants, the sequence may be initiated at an advanced step, up to and including termination of employment.

>        Step 1        Written Warning
>        Step 2        Written Reprimand
>        Step 3        Suspension (Review of commitment)
>        Step 4        Termination of Employment

<u>Written Warning</u>.  This is the first step of progressive corrective action where a minor infraction was committed or when coaching and mentoring has not resolved a situation.

<u>Written Reprimand</u>.  If a second minor infraction occurs with 12 months of the first Written Warning, or if a more major infraction occurs for the first time, the employee may receive a Written Reprimand.

<u>Suspension (Review of Commitment)</u>.  An unpaid suspension of no more than 2 weeks may be issued for continued violations or a single major infraction.  While on suspension, the employee must evaluate his or her commitment to MMG and the changes that he or she will make in performance and behavior.  Upon return from suspension, the employee will provide a written commitment to the supervisor stating intent to improve and acknowledging that any further violation will result in termination of employment.  If the employee does not satisfactorily commit to improvement as determined by McLaren, the employee will be terminated as a voluntary resignation.

<u>Termination of Employment</u>.  Generally, if violations persist or a major infraction is committed, the employee will be subject to immediate termination.  Terminations will be reviewed by Human Resources prior to the issuance of corrective action.

The following is an illustrative, but not exhaustive, list of situations that may result in corrective action.  However, specification of grounds for corrective

MCL0575

action or immediate release does not preclude dismissal for an unspecified reason.

<u>Minor Infraction</u>.  The following items are representative, but not inclusive, of minor infractions.
- Excessive tardiness or absenteeism
- Smoking in prohibited areas
- Leaving the work area without justifiable reason and without permission of immediate supervisor
- Failure to utilize the time keeping system as appropriate
- Leaving the work premises during lunch or break without notification and authorization
- Late return from lunch or break
- Violation of safety rules and regulations
- Failure to report work-related injury or follow infection control policies
- Failure to follow Dress Standard Policy
- Conducting personal business on Employer time
- Failure to properly report absence
- Soliciting on any McLaren premises without permission
- Unsatisfactory work performance
- Minor violation of any organization or department policy or standard
- Absent without notice for one day or part of one day

<u>Major Infraction</u>.  The following items are representative, but not inclusive, of all major infractions.

- Poor customer relations
- Falsifying employment application or other Employer records
- Unauthorized access, disclosure or use of confidential patient, physician or employee information
- Unethical, insubordinate, or abusive conduct to patients, visitors, other employees or supervisors
- Threatening, intimidating, coercing, interfering with or using abusive, profane, or offensive language to fellow employees, supervisors, physicians, patients or visitors
- Engaging in or provoking physical violence
- Willful damage or destruction of property
- Fraudulent use of the timekeeping system
- Intoxication on the job
- Theft of McLaren, patient, visitor, or fellow employee property
- Unauthorized possession of weapons on any McLaren property
- Failure to immediately return from an approved leave of absence

MCL0576

- Absent without notice for three consecutive working days
- The unauthorized possession of narcotics or illegal/unauthorized use of controlled substances
- The unauthorized disclosure of computer password or security codes to anyone or the unauthorized use of another's computer password or security code
- Insubordination, including but not limited to, refusal to comply with a direct work assignment or order
- Threatened or actual physical violence, sexual harassment, racial harassment and/or creating a hostile work environment
- Job abandonment – walking off job while on duty without the approval of supervision
- Illegal gambling
- Sleeping, dozing, laying down during working hours
- Disruptive behavior
- Failure to attend a scheduled meeting with management to discuss corrective action or employment status

<u>Attendance Infractions</u>.  Full-time employees that incur 7 episodes of absence (non-FMLA) or tardiness within a rotating 12-month work period will receive progressive corrective action consistent with their active corrective action records.  Part-time employees will receive progressive corrective action on their 4th episode of absence or tardiness.  Any additional episode of absence or tardiness within a rotating 12-month period of work will result in further progressive corrective action.

<u>Suspension Pending Investigation</u>.  In certain situations an employee may be suspended pending the outcome of an investigation.  This suspension will occur if MMG believes that the employee ought to be removed from the work environment until the investigation surrounding the infraction is complete.  If the investigation does not result in corrective action, or if it is concluded that the appropriate level of corrective action is less than suspension, the employee will be paid for lost time, otherwise the suspension pending investigation will be unpaid.

<u>Active Corrective action</u>.  Once corrective action has been initiated, the employee's record of progressive corrective action will be considered active for 12 worked months forward.  Any period in which the employee is on an approved leave of absence will not count towards the 12 months.  Additional infractions within the 12 worked months will result in the next step of progressive corrective action.  The issuance of that corrective action will start a new 12-month worked period for purposes of any additional corrective action. When 12 worked months have elapsed without any additional corrective action, the corrective action record will become inactive but will remain in the employee's personnel file. The corrective action record will again become active if the employee commits a violation warranting corrective action.

<u>Documentation of Corrective Action</u>.  All corrective action must be documented using the Corrective Action Program Form.  The supervisor will discuss the completed form with the employee so that the corrective action is communicated to the employee.  In addition, the supervisor will communicate to the employee that any further infraction (related or unrelated) will result in the next step of progressive corrective action.

The employee will sign the form to acknowledge receipt.  If the employee refuses to sign, the supervisor will write "employee refuses to sign" and initial the form.  The employee will receive a copy of the Corrective Action Form and the original will be sent to Human Resources for inclusion in the employee's personnel file.

Management is encouraged to contact Human Resources for additional information regarding the application of the Corrective Action Policy.

This corrective action policy does not alter in any way the at-will employment relationship between MMG and its employees, nor does it create a contractual right for continued employment.  An employee whose work performance, attitude, conduct or compliance with Employer policy or procedure is not satisfactory may be released with or without having been issued other levels of corrective action and with or without notice.  As an at-will employer, MMG may terminate a non-union employee with or without cause any time without notice.

**Exception Provisions:**   If any provision of this policy conflicts with an express provision(s) of an applicable collective bargaining agreement or letter of understanding, the latter shall supersede this policy to the extent necessary to comply with contractual obligations.

**References or Appendices:**

APPROVALS:

*[signature: Carla Henry]*

Carla Henry, Vice President, Human Resources
McLaren Medical Group

MCL0578