# Exhibit 29










# You must be from Port Austin, Michigan if ...

🌐 Public group · 19.9K members · ⬜ AI enabled     Join group    Share

About  **Discussion**  Featured  People  Events  Media  Files



**Yulia Christensen**
September 14 · 🌐

I want the locals to know what McLaren has been doing. I've just sent this to the newspapers.

Dear Editor,

My husband, Dr. Charlie Christensen was fired from his job yesterday. I want the community to know that <mark>McLaren fired him for "threats and violence".</mark> For those of you, whose kids and grandkids were his patients for 12 years – have you ever seen him threatening or violent?  For those of you who worked with Charlie for 12 years – have you ever been afraid of him? From my 23 years of being married to him -  he is the most tolerant and caring human I've ever met, the best father and a great advocate for kids.

<mark>Yes, he kept our daughter's electric bike batteries in his office,</mark> but the batteries were in that office in the same place FOR MONTHS! Nursing staff, cleaning personnel and management were in and out all the time FOR MONTHS! No one EVER talked to Charlie about any concerns.  And still, somehow, <mark>somebody made that call to the police reporting a bomb.</mark>

McLaren has digested a lot of doctors and staff since they came here. My hope is that one day the predator's meal would not agree with it.

Yulia Christensen, Port Austin

😢😲🥺 327                                                                  280 comments   150 shares

