UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

CHARLES H. CHRISTENSEN, D.O.,

    Plaintiff,

v.

MCLAREN MEDICAL GROUP, a subsidiary of MCLAREN HEALTH CARE CORPORATION,

    Defendant.

Case No. 24-cv-12642

Hon. Judge Robert J. White

---

| | |
|---|---|
| Charles H. Christensen DO (pro se)<br>3697 Port Austin Rd.<br>Port Austin, MI 48467<br>(989) 768-0529<br>chas1969@hotmail.com | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>BUTZEL LONG P.C.<br>Attorneys for Defendant<br>201 W. Big Beaver, Suite 1200<br>Troy, MI  48084<br>(248) 258-1616<br>miglio@butzel.com<br>buchanan@butzel.com |

---

## NOTICE OF WITHDRAWAL OF INCORRECTLY FILED MOTION - (No. 24)

Plaintiff Charles Christensen, DO, proceeding pro se, hereby gives notice that he

withdraws the motion entered at Docket No. 24, which was filed in error. Plaintiff respectfully requests that the Court take notice that Docket No. 24 was not the intended filing and should be treated as withdrawn. This notice is submitted to clarify the record and avoid confusion on the docket.

Respectfully submitted,

Dated: 03/10/2026   /s/ Charles Christensen

Charles Christensen, DO

Plaintiff, Pro Se

3697 Port Austin Rd.
Port Austin, MI 48467
(989) 768-0529
chas1969@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on 03/10/2026, I electronically filed the foregoing Notice of Withdrawal of Incorrectly Filed Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: 03/10/2026  /s/ Charles Christensen

Charles Christensen, DO

Plaintiff, Pro Se