UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| DR. CHARLES H. CHRISTENSEN, | |
| Plaintiff(s), | Case No. 1:24-cv-12642 |
| v. | |
| | Honorable Robert J. White |
| MCLAREN MEDICAL GROUP, | |
| Defendant(s). | |

## ORDER SCHEDULING STATUS CONFERENCE

On January 29, 2026, District Judge Ludington granted an extension of dates and deadlines, ECF No. 22. However, this case has been reassigned to District Judge Robert J. White, so a status conference is scheduled to discuss the parties' scheduling needs with Judge White's docket availability and case management requirements, so the Court **ORDERS**:

**A.** *Date and Location*. A status conference is scheduled for **April 23, 2026** at **2:00 p.m**. in place of the previously scheduled in-person settlement conference.  **The status conference shall occur over Microsoft Teams.  Attendance instructions will be emailed to participants ahead of the conference.**  Do not contact the Court to confirm the conference date; if it is still on the docket, the conference will proceed as planned.

**B.** *Matters to be considered*. The purpose of the conference is to review the status of the case as discovery is closed and scheduling dispositive motion hearing date, Motion *in limine* deadline, pretrial submissions, a Final Pretrial Conference date and firm Jury trial date.

**D.**     *Sanctions*. The failure of participants to appear or participate in status conference may result in the imposition of any of the sanctions, including dismissal of the action or entry of default, as appropriate.

**E.** *Case manager.* Tara Villereal, tara_villereal@mied.uscourts.gov, (313) 234-5180.


Dated: March 26, 2026                s/Robert J. White
                                     Robert J. White
                                     United States District Judge