UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H. CHRISTENSEN, D.O.,

        Plaintiff,

v.

MCLAREN MEDICAL GROUP, a
subsidiary of MCLAREN HEALTH
CARE CORPORATION,

        Defendant.

Case No. 24-cv-12642
Hon. Robert J. White

| | |
|---|---|
| Charles Christensen, D.O. <br> *Pro Se Plaintiff* <br> 3697 Port Austin Rd. <br> Port Austin, MI 48467 <br> (989) 768-0529 <br> chas1969@hotmail.com | Terrence J. Miglio (P30541) <br> Barbara E. Buchanan (P55084) <br> Regan K. Dahle (P53975) <br> BUTZEL LONG P.C. <br> Attorneys for Defendant <br> 201 W. Big Beaver, Suite 1200 <br> Troy, MI  48084 <br> (248) 258-1616 <br> miglio@butzel.com <br> buchanan@butzel.com |

**DEFENDANT'S CORRECTED MOTION FOR AN ORDER ADJOURNING DUE DATE FOR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNTIL APRIL 14, 2026 AND PERMITTING DEFENDANT TO FILE A TEN PAGE <u>REPLY BRIEF</u>**

Defendant McLaren Medical Group ("McLaren" or "Defendant") by its

attorneys, **Butzel Long**, **P.C.** moves this Court for an order extending the date by

which it must reply to Plaintiff's "Reply in Opposition to Defendant's Motion for

Summary Judgment" ("Plaintiff's Brief) [ECF No. 31] until April 14, 2024 and permitting it to file up to a 10-page reply brief.  In support of this Motion, Defendant states the following:

1.      After this Court granted his Motion for Leave to File Excess Pages for Response to Defendant's Motion for Summary Judgment [ECF No. 25], Plaintiff filed a 1,319 page document containing a 32-page brief and 116 exhibits.

2.      Plaintiff's Brief did not contain exhibit tabs identifying and separating its 116 exhibits.

3.      Plaintiff's Brief contained 18 exhibits described as "tables."  These tables contain compilations of deposition testimony and excerpts from other exhibits that Plaintiff claims support 18 different arguments he makes in his brief.  The table also contains additional argument from Plaintiff about how each excerpt supports his claim.  These tables are additional pages of argument to which Defendant must respond.

4.      Plaintiff's Brief also contains six (6) affidavits from Plaintiff, only one of which is notarized.  Just like the 18 tables, these affidavits contain more of Plaintiff's arguments to which Defendant must respond.

5.      Two exhibits in Plaintiff's Brief are affidavits from individuals not identified by Plaintiff during discovery or in his initial disclosures as possible witnesses.  There are also several exhibits that are inadmissible hearsay.  Defendant

2

will have to include argument in its reply brief about why the Court should disregard these exhibits.

6.      Additionally, Plaintiff's brief contains 27 exhibits lacking any bates label signifying that they were produced by either side during discovery.  This will require Defendant to determine whether, in fact, these documents were produced during discovery or whether they were improperly withheld and, therefore, should not be considered by this Court.

7.      For all of the above reasons, Defendant does not believe that it can adequately reply to Plaintiff's Brief within seven (7) pages and by the current deadline.

8.      Defendant sought Plaintiff's concurrence in the relief sought in this motion on April 1, 2026, but concurrence was denied.

WHEREFORE, Defendant respectfully requests that this Court enter an Order adjourning the deadline to file its reply brief to April 14, 2026 and permitting it to file an up to 10 page reply brief.

Respectfully submitted,
**BUTZEL LONG, a professional corporation**
By: */s/ Regan K. Dahle*
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Regan K. Dahle (P53975)
Attorneys for Defendant
201 W. Big Beaver, Suite 1200
Troy, MI 48084

Dated: April 1, 2026          (248) 258-1616

3

000161884\0003\201276962.v1

4

miglio@butzel.com
buchanan@butzel.com

000161884\0003\201276962.v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H. CHRISTENSEN, D.O.,

      Plaintiff,

v.

MCLAREN MEDICAL GROUP, a
subsidiary of MCLAREN HEALTH
CARE CORPORATION,

      Defendant.

Case No. 24-cv-12642
Hon. Robert J. White

---

| Charles Christensen, D.O. | Terrence J. Miglio (P30541) |
|---|---|
| *Pro Se Plaintiff* | Barbara E. Buchanan (P55084) |
| 3697 Port Austin Rd. | Regan K. Dahle (P53975) |
| Port Austin, MI 48467 | BUTZEL LONG P.C. |
| (989) 768-0529 | Attorneys for Defendant |
| chas1969@hotmail.com | 201 W. Big Beaver, Suite 1200 |
| | Troy, MI  48084 |
| | (248) 258-1616 |
| | miglio@butzel.com |
| | buchanan@butzel.com |
| | dahle@butzel.com |

---

**BRIEF IN SUPPORT OF DEFENDANT'S CORRECTED MOTION
FOR  AN ORDER ADJOURNING DUE DATE FOR REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT UNTIL APRIL 14, 2026 AND
<u>PERMITTING DEFENDANT TO FILE A TEN PAGE REPLY BRIEF</u>**

In support of its motion, Defendant McLaren Medical Group ("McLaren" or

"Defendant") by its attorneys, **Butzel Long**, **P.C.** states the following:

000161884\0003\201276962.v1

After this Court granted his Motion for Leave to File Excess Pages for Response to Defendant's Motion for Summary Judgment [ECF No. 25], Plaintiff filed a 1,319 page document containing a 32-page brief and 116 exhibits. Plaintiff's Brief did not contain exhibit tabs identifying and separating its 116 exhibits, making it time consuming and cumbersome to locate the document to which the brief was referring.

Plaintiff's Brief also contained 18 exhibits described as "tables." These tables contain compilations of deposition testimony and excerpts from other exhibits that Plaintiff claims support 18 different arguments he makes in his brief. The table also contains additional argument from Plaintiff about how each excerpt supports his claim. Plaintiff improperly uses these "tables" to make arguments that he could fit in his 32-page brief; nevertheless, Defendant must respond to them.

Furthermore, Plaintiff's Brief contains six (6) affidavits from Plaintiff, only one of which is notarized. Just like the 18 tables, these affidavits contain more of Plaintiff's arguments to which Defendant must respond. Defendant must also determine and bring to the Court's attention whether these affidavits conflict with Plaintiff's sworn testimony.

Two additional exhibits in Plaintiff's Brief are affidavits from individuals not identified by Plaintiff during discovery or in his initial disclosures as possible witnesses. There are also several exhibits that are inadmissible hearsay. Defendant

2

will have to include argument in its reply brief about why the Court should disregard these exhibits.

Finally, Plaintiff's brief contains 27 exhibits lacking any bates label signifying that they were produced by either side during discovery. This will require Defendant to determine whether, in fact, these documents were produced during discovery or whether they were improperly withheld and, therefore, should not be considered by this Court.

For all of these reasons, Defendant does not believe that it can adequately reply to Plaintiff's Brief within seven (7) pages and by the current deadline.

Defendant sought Plaintiff's concurrence in the relief sought in this motion on April 1, 2026, but concurrence was denied.

WHEREFORE, Defendant respectfully requests that this Court enter an Order adjourning the deadline to file its reply brief to April 14, 2026 and permitting it to file an up to 10 page reply brief.

Dated: April 1, 2026

Respectfully submitted,

**BUTZEL LONG, a professional corporation**
By: */s/ Terrence J. Miglio*
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Regan K. Dahle (P53975)
Attorneys for Defendant
201 W. Big Beaver, Suite 1200
Troy, MI 48084
(248) 258-1616
miglio@butzel.com

3

000161884\0003\201276962.v1

4

buchanan@butzel.com
dahle@butzel.com

000161884\0003\201276962.v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H. CHRISTENSEN, D.O.,

        Plaintiff,

v.

MCLAREN MEDICAL GROUP, a
subsidiary of MCLAREN HEALTH
CARE CORPORATION,

        Defendant.

Case No. 24-cv-12642
Hon. Robert J. White

| | |
|---|---|
| Charles Christensen, D.O. | Terrence J. Miglio (P30541) |
| *Pro Se Plaintiff* | Barbara E. Buchanan (P55084) |
| 3697 Port Austin Rd. | Regan K. Dahle (P53975) |
| Port Austin, MI 48467 | BUTZEL LONG P.C. |
| (989) 768-0529 | Attorneys for Defendant |
| chas1969@hotmail.com | 201 W. Big Beaver, Suite 1200 |
| | Troy, MI  48084 |
| | (248) 258-1616 |
| | miglio@butzel.com |
| | buchanan@butzel.com |

## BRIEF FORMAT CERTIFICATION FORM

I, Regan K. Dahle, certify that the foregoing brief complies with Eastern District of Michigan Local Rules 5.1(a), 5.1.1, and 7.1, and Judge White's Case Management Requirements, including the following (click each box to indicate compliance):

⊠ the brief contains a statement regarding concurrence, *see* LR 7.1(a);

⊠ the brief, including footnotes, uses 14-point font, *see* LR 5.1(a)(3);

☒ the brief contains minimal footnotes and, in all events, no more than 10, *see* Case Management Requirements § III.A;

☒ the brief and all exhibits are filed in searchable PDF format, *see* Case Management Requirements § III.A;

☒ except for footnotes and necessary block quotes, the brief is double spaced (not "Exactly 28 pt" spaced) with one-inch margins, *see* LR 5.1(a)(2);

☒ deposition transcripts have been produced in their entirety (not in minuscript), *see* Case Management Requirements § III.A;

☒ if the brief and exhibits total 50 pages or more, I will mail to chambers a courtesy copy with ECF headers, *see* Case Management Requirements § III.B.


I also acknowledge that my brief will be stricken from the docket if the Court later finds that these requirements are not met.


/s/ *Regan K. Dahle*
Regan K. Dahle
Attorney for Defendant McLaren Medical Group

2

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, simultaneously serving the same upon all counsel of record.

*/s/ Regan K. Dahle*
Regan K. Dahle (P53975)

000161884\0003\201276962.v1