UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H. CHRISTENSEN, D.O.,

        Plaintiff,

v.

MCLAREN MEDICAL GROUP, a
subsidiary of MCLAREN HEALTH
CARE CORPORATION,

        Defendant.

Case No. 24-cv-12642

Hon. Thomas L. Ludington

---

| Charles H. Christensen DO (pro se) | Terrence J. Miglio (P30541) |
|---|---|
| 3697 Port Austin Rd. | Barbara E. Buchanan (P55084) |
| Port Austin, MI 48467 | BUTZEL LONG P.C. |
| (989) 768-0529 | Attorneys for Defendant |
| chas1969@hotmail.com | 201 W. Big Beaver, Suite 1200 |
| | Troy, MI  48084 |
| | (248) 258-1616 |
| | miglio@butzel.com |
| | buchanan@butzel.com |

---

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN
ORDER ADJOURNING DUE DATE FOR REPLY AND FOR LEAVE TO
FILE A TEN-PAGE REPLY BRIEF**

Plaintiff Charles H. Christensen, D.O., proceeding pro se, opposes Defendant's

Motion to adjourn the reply deadline for Plaintiff's summary-judgment opposition

to April 14, 2026, and to permit a ten-page reply.

Plaintiff filed his response six days early, already giving Defendant extra time. Defendant shows no good cause for further extension; the existing schedule allows ample opportunity to address the issues fully briefed.

Plaintiff likewise opposes additional reply pages. Defendant's motion improperly revisits the Court's prior leave order by suggesting Plaintiff's filing was excessive or unauthorized. The response, including its exhibits, was filed exactly as the Court permitted. Claims about length or number of exhibits do not warrant expanded briefing.

Defendant's complaints about exhibit tabs, tables, and affidavits lack merit. Missing tabs are a formatting issue causing no prejudice. The tables merely organize record citations, not new arguments. The affidavits were previously shared, and Defendant identifies no specific affidavit or prejudice.

Defendant's Bates-label argument is speculative. Missing labels do not prove non-production, and Defendant identifies no exhibit it lacked. Unsupported insinuations do not justify added pages nor extra time.

Plaintiff respectfully requests denial of Defendant's motion, or, alternatively, that any extension or added pages be strictly limited to a proper reply—not to reargue previously decided matters or challenge Plaintiff's authorized filing.

Respectfully submitted,

/s/ Charles Christensen

Charles H. Christensen, D.O.
Plaintiff, pro se

3697 Port Austin Rd.
Port Austin, MI 48467
(989) 768-0529
chas1969@hotmail.com

Dated: _____ Executed on _04/01/___, 2026

at __9:00pm,  3697 Port Austin Rd. Port Austin, MI 48467__.

CERTIFICATE OF SERVICE:

On April 1st, 2026, I filed PLAINTIFF'S OPPOSITION TO DEFENDANT'S

MOTION FOR AN ORDER ADJOURNING DUE DATE FOR REPLY AND FOR

LEAVE TO FILE A TEN-PAGE REPLY BRIEF-downloaded to the Court's CM/

ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Charles Christensen.

Charles H. Christensen, D.O.

Plaintiff, Pro Se