UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CHARLES H. CHRISTENSEN, D.O., | |
| Plaintiff(s), | |
| | Case No. 24-cv-12642 |
| v. | |
| MCLAREN MEDICAL GROUP, | Honorable Robert J. White |
| Defendant(s). | |

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME
TO REPLY AND LEAVE TO FILE EXCESS PAGES**

Before the Court is Defendant's Amended Motion for Extension of Time to File Response/Reply to Plaintiff's Opposition to Motion for Summary Judgment. ECF No. 37.

The Court, having considered the Motion, is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Motion for Extension of Time to File Response/Reply to Plaintiff's Opposition to Motion for Summary Judgment, ECF No. 37, is hereby **GRANTED**; and

It is further **ORDERED** that Defendants are given through and including April 14, 2026 to file their reply to Plaintiff's opposition to the motion for summary

judgment, and the Defendant's are permitted to file a ten-page reply.

It is further **ORDERED** that the Defendant's original Motion for Extension of Time to File Response/Reply to Plaintiff's Opposition to Motion for Summary Judgment, ECF NO. 36, is **DENIED AS MOOT**.

Dated: April 7, 2026

s/Robert J. White
Robert J. White
United States District Judge