# EXHIBIT 1

| | |
|---|---|
| **From:** | Whiting, Jeffrey <Jeffrey.Whiting@McLaren.org> |
| **Sent time:** | 09/12/2023 11:25:28 AM |
| **To:** | Frye, Sarah </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a50a92b996d43b98ecb31663a0cd841-Frye, Sarah>; Charlie Christensen </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=612fd852766b482981611e90b021aa8d-Charlie Chr>; Smalley, Tara </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67a978daf35e48ddbbf7fd15ce4daa5c-Tara Smalle> |
| **Cc:** | Rates, Kenneth </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c37f381b07d643cfaa2062fd82d348ee-Rates, Kenn> |
| **Subject:** | RE: Examples of "Scribe"-america FYI |
| **Attachments:** | image001.jpg   image002.jpg   image003.jpg   image004.jpg   image005.jpg   image006.jpg   image007.jpg |

Sarah,

Thank you for sending this to us because this is the first Tara, or I have seen this or have been made aware this exact issue.  Tara and I have ongoing discussions with ScribeAmerica.  They communicate very well with us.  They have brought concerns to us from their end, and we make sure to address it.  Tara has stated Dr. Christensen said there have been some issues but has not provided this information to her or me. Tara emailed ScribeAmerica last week regarding a different issue and it's being addressed.  Their leadership team overseeing the scribes wants to be made aware of issues/concerns the providers have because they will work to resolve it quickly.  The screenshot sent below is something Tara and I would have liked to receive immediately so it could have been addressed.

We have a system set up specifically for Dr. Christensen on our end.  Since charts are not signed off daily, Tara will remind him that he needs charts signed off.  He will then sign off on several charts and the Charge Entry staff member is notified so they can be given to the coding team.  For example, and email was sent from Tara on 9/5/23 to Charge Entry and the Omega Mgr. stating Dr. Christensen had charts signed through 8/22/23.  The daily schedules for Dr. Christensen are held in a separate electronic folder.  The email Tara sent triggers for these daily schedules through 8/22/23 be sent to Omega to Code.  ScribeAmerica meets the obligation within their contract for turnaround time with transcription so having these encounters coded is not an issue.

Tara and I will make sure to communicate with Dr. Christensen to bring these to our attention as they happen.  Charge entry, coding and billing teams have not mentioned any concerns with pediatric billing processes for a very long time.  Our team will make sure ScribeAmerica addresses the issue in the email below.  The names not appearing were a result of the downtime and paper charts.  This lines up with the statement Dr. Christensen has in his email below and the timeline of the downtime.  ScribeAmerica couldn't access the system until it was back online.  Their access took longer because of their team being remote users.

Any other questions please let us know.

Thank you,

*Jeff Whiting*
**Operations Manager II**
McLaren Thumb Region
1054 S. Van Dyke Rd.
Bad Axe, Michigan 48413

jeffrey.whiting@mclaren.org

Office:   989-269-8933 ext 4123
Cell:      810-300-7809
Fax:      989-269-1562

---

**From:** Frye, Sarah <Sarah.Frye@mclaren.org>
**Sent:** Tuesday, September 12, 2023 9:06 AM
**To:** Charlie Christensen <Charlie.Christensen@mclaren.org>; Whiting, Jeffrey <Jeffrey.Whiting@McLaren.org>; Smalley, Tara <Tara.Smalley@mclaren.org>
**Cc:** Rates, Kenneth <Kenneth.Rates@mclaren.org>
**Subject:** RE: Examples of "Scribe"-america FYI

Thank you, Dr. Christensen.  Jeff and Tara, can you all please touch base with ScribeAmerica to see what barriers we have to completing notes timely using these examples?

Look forward to this feedback and resolution,

Sarah

Sarah D. Frye
Sr. Director of Operations
Department of Primary Care
McLaren Medical Group
(m) 239.300.1217
Sarah.Frye@mclaren.org

---

**From:** Charlie Christensen <Charlie.Christensen@mclaren.org>
**Sent:** Monday, September 11, 2023 2:20 PM
**To:** Frye, Sarah <Sarah.Frye@mclaren.org>
**Subject:** Examples of "Scribe"-america FYI

Hello Sarah

The issues with 'Scribe'-America are not acceptable end has been an ongoing issue since Nicole left as my real-scribe.  The past 1-2 weeks have been no patient names from daily schedule and a large backlog of no-name dictations.  When we negotiated the compact that was in my contract (it was in my contract that I signed in 7/22/21, it was but was not?)
I have many other photos of blank screens, problems with 'scribe'america but Tara has been told ... many times but nothing changes.

MCL 1096

MCL 1097

MCL 1098

McLaren confidentiality statement: "The information contained in this communication, including attachments, is confidential, may be privileged, and is intended only for the use of the named recipient(s). Unauthorized use, disclosure, forwarding or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me IMMEDIATELY at the phone number or pager listed above."

MCL 1100