# EXHIBIT 5

# REBUTTAL TO PLAINTIFF'S EXHIBIT 99

| Citation to Transcript of Meeting | Key Language | Importance, According to Plaintiff's Mischaracterization | What Citation Actually Proves |
|---|---|---|---|
| p. 36:5–6 | "this is systemic unfortunately." | Admission of operational dysfunction. | Not an admission of operational dysfunction by Defendant.  **Plaintiff** is the one saying "this is systemic."  [ECF No. 34-49, PageID 1748, p. 36:4-19] |
| p. 39:8–9 | "now you're saying it's a systemic issue." | Confirms broader instability beyond Plaintiff. | Not an admission of instability by Defendant.  **Plaintiff** is the one saying that the issue is systemic.  [Id., PageID 1749, p. 39:8-9] |
| p. 17:14–24 | Shift to staff feedback / "communication piece." | Redirecting focus away from structural and disability issues. | Pinelli called the meeting to discuss staffing issues, not Plaintiff's alleged structural and disability issues.  Dr. Pinelli is simply trying to redirect the meeting to its original purpose after Plaintiff tried to commandeer it to air his grievances, thereby ignoring his staff's concerns.  [Id., PageID.1743-1744]. |

| Citation | Key Language | Significance According to Plaintiff | Significance According to Defendant |
|---|---|---|---|
| p. 17:14–24 | Pivot from disability to "communication piece." | Shift away from accommodation issue. | Pinelli called the meeting to discuss staffing issues, not Plaintiff's alleged disability or accommodation.  [Id., PageID.1743-1744]. |
| p. 17:14–24 | "feedback from folks on the staff… communication piece." | Redirecting issue from disability to personality. | Pinelli is redirecting the meeting to the purpose for which he called it.  The transcript shows that Plaintiff completely discounted his staff concern, and only cared about himself:<br><br>DR. PINELLI: We, we've actually talked one-on-one with, with a number, directly with a number of your staff. Not leadership, staff. Who the common theme is . . . it's a feeling of, feeling intimidated. These are quotes now. Feeling like I'm walking on eggshells.<br><br>DR. CHRISTENSEN: We, we --<br><br>DR. PINELLI: -- again, it's a feeling of being intimidated that we (inaudible).<br><br>DR. CHRISTENSEN: We -- no, no, no, that, that --<br><br>DR. PINELLI: Let me finish the sentence.<br><br>DR. CHRISTENSEN: But no, there's a --<br><br>DR. PINELLI: Let me finish the sentence.<br><br>DR. CHRISTENSEN: -- there's a problem -- |

| | | | DR. PINELLI: Let me finish my statement. |
| | | | DR. CHRISTENSEN: I'll finish and then I'll talk. |
| | | | DR. PINELLI: Let me finish my statement. So my point is that **when we hear a theme, this isn't just a individual one person, this is a theme that if people, and they are saying they feel intimidated like I'm walking on eggshells. What that sets up in my eyes when I hear that is an environment where staff don't feel safe**, they don't feel like they can come to you, the leader of the office, and, and bring issues. . . [ECF 34-49, PageID.1744, 20:1 – 21:6].  [Id., PageID.1743-1744]. |