UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H CHRISTENSEN, D.O,

     Plaintiff(s),

v.

MCLAREN MEDICAL GROUP. a
subsidiary of MCLAREN HEALTH
CARE CORPORATION,

     Defendant(s).

Case No. 24-cv-12642

Honorable Robert J. White

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-REPLY

This matter is before the Court on Plaintiff's Motion for Leave to File Limited Sur-Reply. For the reasons stated on the record, the Court finds that good cause has been shown for the requested relief.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to File Limited Sur-Reply is **GRANTED**.

Further it is **ORDERED** that Plaintiff may file a sur-reply to Defendants Motion for Summary Judgment not to exceed four (4) pages

     **SO ORDERED.**

Dated: April 24, 2026

s/Robert J. White
Robert J. White
United States District Judge