UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DR. CHARLES H. CHRISTENSEN,

Plaintiff(s),

v.

MCLAREN MEDICAL GROUP,

Defendant(s).

Case No. 1:24-cv-12642

Honorable Robert J. White

**NOTICE OF ACKNOWLEDGEMENT OF PENDING MOTION AND FUTURE DETERMINATION OF ORAL ARGUMENT REQUIREMENT**

On March 9, 2026, this case was reassigned from Judge Thomas L. Ludington to Judge Robert J. White. Judge White is reviewing pending motions by filing date of all reassigned cases and will determine if an oral argument is needed prior to issuing a written ruling. If the Court requires oral argument, a separate hearing notice will be issued. If paper copies of the motion, response, and reply over 50 pages have not been previously mailed to Judge Ludington's chamber, please mail them to Hon. Robert J. White, United States District Judge, 1000 Washington Ave, 2nd Floor, Bay City, MI 48708. Further, all previously scheduled deadlines and dates issued by Judge Ludington are vacated and a new scheduling order will be issued with the Court's opinion.

Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K Winslow
Case Manager for Robert J. White
Northern Division

Dated: May 22, 2026