UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES H. CHRISTENSEN, D.O.,

Plaintiff,

v.

MCLAREN MEDICAL GROUP, a subsidiary of MCLAREN HEALTH CARE CORPORATION,

Defendant.

Case No. 24-cv-12642

**Hon. Judge Michael C. Martin**

Magistrate Judge Patricia T. Morris

Charles H. Christensen DO (pro se)
3697 Port Austin Rd.
Port Austin, MI 48467
(989) 768-0529
chas1969@hotmail.com

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
BUTZEL LONG P.C.
Attorneys for Defendant
201 W. Big Beaver, Suite 1200
Troy, MI 48084
(248) 258-1616
miglio@butzel.com
buchanan@butzel.com

**PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF ECF NO. 46**

Plaintiff Charles H. Christensen, D.O., proceeding pro se, moves for expedited consideration of his pending Motion for Case-Specific Modification of

Administrative Order 26-AO-019 and Return to Judge Robert J. White (ECF No. 46). He asks the Court to decide that assignment question promptly and to refer it as necessary under E.D. Mich. LR 83.11.

Administrative order 26-AO-019, directed approximately 200 listed pending cases to Judge Martin. In this case, summary-judgment briefing concluded April 25, 2026, following Judge White's April 23 conference addressing Plaintiff's disability participation needs. A second reassignment occurred September 23 while ECF No. 23 remained pending. Resolving ECF No. 46 first may avoid duplicated judicial review of this developed record, limit plaintiff’s unequal burdens and provide for efficiency in a well-briefed/developed case at a key dispositive stage.

Delay falls more heavily on Plaintiff, who litigates personally amid the financial, mental-health, and disability-related circumstances described in ECF No. 46, than on Defendant, an institutional party with counsel. Plaintiff requests prompt consideration of ECF No. 46 and, if appropriate, an expedited response schedule and prompt presentation to the judicial authority whose action is required. He does not seek an expedited ruling on summary judgment through this motion.

**Statement of concurrence under E.D. Mich. LR 7.1(a)**

Plaintiff conferred with counsel for Defendants regarding the relief requested herein on 9/29/2026. Defendants do not concur by email on 9/29/2026.

Respectfully submitted,

/s/ Charles H. Christensen, D.O.

Charles H. Christensen, D.O., Plaintiff pro se

3697 Port Austin Rd., Port Austin, MI 48467

(989) 768-0529 | chas1969@hotmail.com

Dated: 9/29/2026

## BRIEF IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION

**Issue presented**

Whether the Court should promptly consider ECF No. 46, a pending case-specific reassignment motion, where this fully briefed summary-judgment case was transferred for a second time after nearly five months at the decisional stage, and delay in resolving assignment risks duplicated judicial work and imposes substantial disproportionate burdens on Plaintiff.

**Controlling or most appropriate authority**

E.D. Mich. LR 7.1(a), (d), (e) (motion practice, briefing, and hearings); E.D. Mich. LR 83.11(b)(2), (4) (reassignment of civil cases); Fed. R. Civ. P. 1 (just, speedy, and inexpensive determination); Administrative Order 26-AO-019 (Sept. 22, 2026). These authorities frame the requested prompt handling; Plaintiff asserts no entitlement to a particular ruling date or assignment outcome.

**Argument**

**I. Resolving assignment first may conserve judicial resources**

Judge White received this case on March 9, 2026. Defendants' summary-judgment motion, ECF No. 23, had been filed on March 2. Judge White held the April 23 status conference concerning Plaintiff's participation needs, and the last summary-judgment submission was filed April 25. Nearly five months later, Administrative

Order 26-AO-019 and the September 23 docket entry transferred the case again. ECF No. 46, PageID.2023, 2026-2028.

The order directed a large list of pending civil cases to Judge Martin. Admin. Order 26-AO-019, at 1 and attached case list. This action presents a narrower sequencing issue. ECF No. 46 asks whether this mature case should return to Judge White. Deciding that request promptly would establish who should undertake the next substantial stage in the case. If the case is returned after substantial review under the new assignment, some effort may be duplicated.

Plaintiff cannot know how much of the record Judge White has reviewed or predict how quickly either judge could rule. The relevant facts are the stage of the case, its second transfer, the extensive submissions, and the pending question of assignment. ECF No. 46, PageID.2026-2028.

**II. Continued uncertainty has unequal consequences**

ECF No. 46 describes Plaintiff's absence of livable income, ongoing mental-health treatment, family strain, and disability-related participation needs. Id., PageID.2028-2029. Judge White addressed participation issues at the April 23 conference, although Plaintiff does not suggest that a final accommodation ruling was made. A further transition raises the prospect that Plaintiff must revisit those needs while managing a large record without counsel.

Defendant has counsel and institutional resources. Plaintiff must personally devote finite and limited time, health, and financial resources to each additional repetition of procedural steps. Prompt resolution would reduce burdens, harms and especially uncertainty in managing these finite resources. These circumstances bear on timing, without asking the Court to determine the underlying claims or damages here.

**Conclusion**

Plaintiff respectfully requests prompt consideration of ECF No. 46, an expedited response schedule if appropriate, and prompt presentation or referral to the authority required to decide the requested return to Judge White. This motion seeks no accelerated ruling on summary judgment and no change to the standard governing ECF No. 46.

Respectfully submitted,

/s/ Charles H. Christensen, D.O.

Charles H. Christensen, D.O., Plaintiff pro se

Dated: 9/29/2026

**Certificate of service**

I certify that on 09/29/2026, I served this motion and supporting brief on counsel for Defendant by email.

/s/ Charles H. Christensen, D.O.